UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

ENDURANCE AMERICAN SPECIALTY INSURANCE
COMPANY and HAYDEN BUILDING MAINTENANCE
CORPORATION,

**REPLY TO COUNTERCLAIMS**

Plaintiffs,

Civ. No.: 1:13-cv-05538-HB

-against-

CENTURY SURETY COMPANY,

Defendants,

400 COLUMBUS, LLC, AHEARN HOLTZMAN, INC.
d/b/a SEABOARD WEATHERPROOFING AND
RESTORATION CO., PINNACLE CONSTRUCTION
AND RENOVATION CORP., ARTUR SLESZYNSKI
and KAROLINA SLESZYNSKI,

Nominal Defendants
---------------------------------------------------------------X

Plaintiffs, ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY and HAYDEN BUILDING MAINTENANCE CORPORATION (hereinafter referred to as "Plaintiffs"), by their attorneys, White Fleischner and Fino, LLP, as and for their Reply to the Counterclaims of Defendant Century Surety Company, herein state the following:

### AS AND FOR A FIRST COUNTERCLAIM

1. The plaintiffs admit the allegations contained in paragraph "24".

2. The plaintiffs admit the allegations contained in paragraph "25".

3. The plaintiffs neither admit nor deny the allegations contained in paragraph "26" as the policy speaks for itself.

4. The plaintiffs admit the allegations contained in paragraph "27".

5. The plaintiffs deny the allegations contained in paragraph "28".

## AS AND FOR A SECOND COUNTERCLAIM

6. The plaintiffs deny having knowledge and/or information sufficient to form a belief as to the truth of the allegations contained in paragraph "29".

7. The plaintiffs neither admit nor deny the allegations contained in paragraph "30" as the policy speaks for itself.

8. The plaintiffs deny the allegations contained in paragraph "31".

## AS AND FOR A THIRD COUNTERCLAIM

9. The plaintiffs deny having knowledge and/or information sufficient to form a belief as to the truth of the allegations contained in paragraph "32".

10. The plaintiffs deny having knowledge and/or information sufficient to form a belief as to the truth of the allegations contained in paragraph "33".

11. The plaintiffs neither admit nor deny the allegations contained in paragraph "34" as the policy speaks for itself.

12. The plaintiffs deny the allegations contained in paragraph "35".

## AS AND FOR A FOURTH COUNTERCLAIM

13. The plaintiffs deny the allegations contained in paragraph "36".

14. The plaintiffs neither admit nor deny the allegations contained in paragraph "37" as the policy speaks for itself.

15. The plaintiffs deny the allegations contained in paragraph "38".

16. The plaintiffs deny the allegations contained in paragraph "39".

## AS AND FOR A FIFTH COUNTERCLAIM

17.     The plaintiffs deny the allegations contained in paragraph "40."

## JURY DEMAND

Plaintiffs, ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY and HAYDEN BUILDING MAINTENANCE CORPORATION, hereby demand a trial by jury on all issues herein.

**WHEREFORE**, Plaintiffs ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY and HAYDEN BUILDING MAINTENANCE CORPORATION demand judgment dismissing the Counterclaims against them in their entirety and with prejudice, together with the costs and disbursements of this action.

Dated: September 6, 2013
       New York, NY

                                        Respectfully Submitted,

                                        WHITE FLEISCHNER & FINO

                                        SHARON MORELAND
                                        Counsel for Plaintiffs,
                                        Endurance American Specialty Insurance
                                        Company and Hayden Building Maintenance
                                        Corporation
                                        61 Broadway - 18th Floor
                                        New York, New York 10006
                                        (212) 487-9700
                                        Our File No.: 492-16719

_JENNIFER MINDLIN_
JENNIFER MINDLIN
Counsel for Plaintiffs,
Endurance American Specialty Insurance
Company and Hayden Building Maintenance
Corporation
61 Broadway - 18th Floor
New York, New York 10006
(212) 487-9700
Our File No.: 492-16719