Exhibit H (Part 2)

```
 1               Artur Sleszynski          101
 2       Q      In those three weeks prior that you
 3  were working at the job site of 400 Columbus,
 4  did you use any brackets or crawl boards in the
 5  course of your work?
 6       A      No.
 7       Q      Had you ever been trained how to
 8  use brackets or crawl boards?
 9       A      No.
10       Q      Were brackets or crawl boards
11  available for work on the job site?
12       A      No.
13       Q      I believe you said that you arrived
14  at the job site at 7:00 a.m. that morning; is
15  that correct?
16       A      Yes.
17       Q      What did you do after arriving at
18  the job site?
19       A      We parked the car, we set up the
20  ladder, we go on the roof, get changed on the
21  roof, put work clothes on, and we start working.
22       Q      Did you speak with anybody upon
23  arriving at the job site?
24       A      No.
25       Q      How did you know what work to
```

```
 1                    Artur Sleszynski              102

 2      perform on the date of the accident?

 3            A     What to do?

 4            Q     Yes.

 5            A     Because I was the foreman of the

 6      guys.  After you work a couple of years on the

 7      roof, it's all the same thing, you know what to

 8      do.  You know the specs of the project and you

 9      know how to continue with the work.  We just

10      kept going.

11            Q     Did anyone have to give you any

12      instructions with respect to the work you had to

13      perform that day?

14            A     No.

15            Q     You did the work based upon your

16      own directive?

17            A     Yes.

18            Q     No one told you what work to do --

19      did anyone tell you any manner in which to

20      perform your work?

21            A     No.

22            Q     After you parked the car, got the

23      ladders out, changed and put your clothes on,

24      what did you do then?

25                  MR. BOWMAN:  He already answered
```

```
 1                 Artur Sleszynski         103
 2          the question.  He said he started to do
 3          the roofing work.  You just asked that
 4          question two questions ago.
 5          Q    What did you do after you put your
 6     clothes on and started to work?
 7          A    Kept working, I mean, I told the
 8     guys what to do.  I set them up on the roof,
 9     told them what exactly they need to do, how to
10     do it, then I went and started painting when the
11     wall dried off.
12          Q    Did anyone else from Pinnacle tell
13     you what work to perform on the date of the
14     accident?
15          A    No.
16          Q    Did Ken Buckley give you any
17     instructions with regards to what work you were
18     supposed to perform that day?
19          A    Before that day?
20          Q    On that day?
21          A    On that day, no.
22          Q    So, it was yourself that instructed
23     you to perform the task that you were
24     performing?
25               MR. BOWMAN:  You already asked it.
```

```
1                  Artur Sleszynski              104

2         Q      And the answer was yes?

3         A      Yes.

4         Q      How steep would you say the angle

5    of the slope was that you see in Defendant's

6    Exhibit --

7                MR. BOWMAN:   D?

8         Q      Exhibit D, this is the bottom part

9    of the slope of the roof that leads up to

10   Exhibit B; is that correct?

11        A      Yes.

12        Q      What would you say the angle of

13   that slope is?

14        A      I would say it's around 40, 45

15   degrees.

16        Q      You said that there was another

17   crew on the job site on that day; is that

18   correct?

19        A      No.

20        Q      So Pinnacle employees were the only

21   employees working on roof on the date of the

22   accident?

23        A      Yes.

24        Q      While you were on the project, did

25   you see anybody from the ownership entity known
```

```
 1                    Artur Sleszynski              105

 2    as 400 Columbus?

 3         A      I can't recall.

 4         Q      Was there any other construction

 5    work going on at the premises on the date of the

 6    accident?

 7         A      I am not aware of.  I can clarify,

 8    sometimes maintenance guy came up on the roof to

 9    replace, to check the air conditioning units.

10    Other than that, I am not aware of.  I don't

11    know.

12         Q      Was anyone at all from Hayden on

13    the job site on the date of the accident?

14         A      No.

15         Q      Did you speak with anyone from

16    Hayden on the day of the accident?

17              MR. BOWMAN:  There was no one

18         there.

19              MR. HENNESSEY:  I asked if he spoke

20         with anyone from Hayden on the date of the

21         accident.

22              THE WITNESS:  I can't recall.

23         Q      You were standing on the roof at

24    the time of your accident?

25         A      Yes.
```

1                    Artur Sleszynski            106

2        Q      And you were performing painting

3    work; is that correct?

4        A      Yes.

5        Q      Had you engaged in that work prior

6    at the job site?  Was this your first day

7    painting on the job site?

8        A      No.

9        Q      How many days prior had you been

10   painting for?

11       A      One day, probably.

12       Q      On the same paneling?

13       A      Yes.

14       Q      Did anyone ever instruct you to

15   work with a partner when performing the work you

16   were engaged in at the time of your accident?

17       A      No.

18       Q      Did Pinnacle have a shanty or a

19   gang box on the project on the date of the

20   accident?

21       A      No.

22       Q      Is there one on-site, at all, on

23   the project?

24       A      Gang box, tool box, no.

25       Q      So the accident happened, you

```
 1                    Artur Sleszynski           107
 2      turned around to speak with your father.  You
 3      spoke with your father.  You started to walk
 4      towards the ladder to go down to get materials;
 5      is that correct?
 6           A    Yes.
 7           Q    Where were you looking when you
 8      started walking?
 9           A    Towards the ladder.
10           Q    Towards your ladder.  And I believe
11      it was your right foot that got stuck on the
12      overlap of the base roll; is that correct?
13           A    Yes.
14           Q    Where were you looking when your
15      right foot had struck the overlap of the base
16      roll?
17           A    Where was I looking?
18           Q    Yes.
19           A    I can't recall.
20           Q    Did you lose consciousness when you
21      fell?
22           A    No.
23           Q    Was there anything in your hands
24      when you were walking?
25           A    No.
```

```
 1                    Artur Sleszynski        108
 2        Q      Do you still have the shoes that
 3   you were wearing on the day of the accident?
 4        A      No.
 5        Q      Were you listening to music at this
 6   time?
 7        A      No.
 8        Q      Was there any debris or loose
 9   material on the ground at the time of the
10   accident?
11               MR. LOCHNER:  At the area of the
12          accident?
13        Q      At the area of the accident, yes?
14        A      At the area where I was walking?
15        Q      Yes.
16        A      No, not on the -- right next to me,
17   there was my paints and a brush.
18        Q      And to confirm, you weren't working
19   from a ladder at the time of the accident,
20   correct?
21        A      What was that?
22        Q      You weren't working from a ladder
23   at the time of the accident?
24        A      No.
25        Q      And you weren't working from a
```

```
 1                  Artur Sleszynski            109

 2     staircase at the time of the accident?

 3          A      No.

 4          Q      Were you working on a scaffold at

 5     the time of the accident?

 6          A      No.

 7          Q      Were there any loose nails on the

 8     roof at the time of the accident?

 9          A      No.

10          Q      Did you trip on any lumber or nail

11     fastenings?

12          A      No.

13          Q      Was there a procedure for reporting

14     any unsafe or dangerous conditions on the job

15     site?

16          A      No.

17          Q      Were there any complaints ever made

18     that the job site was -- with respect to the job

19     site being unsafe or any hazardous conditions on

20     the job site?

21          A      No.

22          Q      How long had this overlap of the

23     base roll been there for, that you had tripped

24     on, on the day of the accident?

25          A      A couple of days.
```

```
1                  Artur Sleszynski          110
2         Q      Were you aware of the overlapping
3   base roll?
4         A      Yes.
5         Q      Did you create the overlapping base
6   roll?
7         A      I can't recall, I might have.
8                MR. LOCHNER:  If you didn't, did
9         someone from Pinnacle create that overlap?
10               THE WITNESS:  Yes.
11        Q      Who, from Pinnacle, would have
12  created the overlap?
13        A      One of the mechanics.
14        Q      One of the mechanics being one of
15  the four individuals that you had listed earlier
16  that was at the site?
17        A      Yes.
18        Q      What, if anything, would you do if
19  you saw an unsafe or dangerous condition on the
20  job?
21               MR. BOWMAN:  Objection to form.
22        Rephrase it.
23        Q      What were you to do if you saw an
24  unsafe or dangerous condition on the job site?
25               MR. BOWMAN:  Same objection.
```

```
1                     Artur Sleszynski        111
2            Speculative question.  I am asking you to
3            rephrase the question.
4                    MR. HENNESSEY:  Are you directing
5            him not to answer?
6                    MR. BOWMAN:  I'm asking you to
7            rephrase the question in proper form.
8            Q     Did you ever see an unsafe or
9       dangerous condition on the job site?
10                   MR. BOWMAN:  Over objection, you
11           can answer.
12                   THE WITNESS:  I can answer?
13                   MR. BOWMAN:  Yes.
14                   THE WITNESS:  Yes.
15           Q     What did you see?
16           A     On this job site, you mean?
17           Q     Yes.
18           A     On this, some of the workers
19      working outside the safety stance, the safety
20      perimeter lines.
21           Q     Pinnacle workers?
22           A     Yes.
23           Q     Did you notify anybody of this?
24           A     I told the workers not to come out
25      through the flags.
```

```
 1                    Artur Sleszynski          112
 2         Q     As a foreman, were you responsible
 3    for reporting this to anybody?
 4         A     No.
 5              MR. LOCHNER:  Did you report it to
 6         anyone?
 7              THE WITNESS:  No.  Can I clarify as
 8         well?
 9              MR. LOCHNER:  Please.
10              THE WITNESS:  It happens very often
11         on a worksite like that, people do come
12         out with flags for no reason.  Just need
13         to make sure they don't do it and tell
14         them not to do it.
15         Q     Did anyone tell you of any
16    dangerous or unsafe conditions on the job site?
17         A     No.
18         Q     Had you have gone down from the
19    roof prior to the accident, on the day of the
20    accident, so from the time that you got to the
21    job site until the time of the accident, had you
22    ascended and descended the ladder to get on and
23    off the roof?
24         A     No, no.
25         Q     So, at the time of the accident,
```

1                     Artur Sleszynski          113

2          that was your first time coming, descending down

3          from the roof on that date?

4               A    Yes.

5               Q    Was the ladder that you --

6               A    Can I clarify?

7               Q    Go ahead.

8               A    I was about to go down the ladder,

9          I never went down the ladder.

10              Q    How did you eventually get down

11         from the roof on the date of the accident?

12              A    Hatch, roof hatch.

13              Q    Was this the same ladder that you

14         used to get on and off the roof in the two,

15         three, weeks prior?

16              A    No.

17              Q    It was a different ladder?

18              A    You mean the roof hatch that I was

19         going down?

20              Q    No, not the roof hatch.  Now, I'm

21         referring to the ladder?

22              A    Yes.

23              Q    It was the same ladder?

24              A    Yes.

25              Q    Was it in the same location?

```
1                    Artur Sleszynski        114
2         A     Yes.
3         Q     I believe you said you tripped and
4    fell and rolled about fifteen to twenty feet; is
5    that correct?
6         A     Yes.
7         Q     Prior to rolling fifteen to twenty
8    feet, how far did you fall?
9         A     Can you clarify that question?
10        Q     When you tripped and fell before
11   you started rolling, how far did you fall?
12        A     How far, a foot, two feet.
13        Q     And then you rolled an additional
14   fifteen to twenty feet?
15        A     Around fifteen.
16        Q     In what position did you land?
17        A     I can't recall.
18        Q     When you first fell to the ground,
19   this is before the roll, when you first fell to
20   the ground, how did you land on the ground?
21        A     Okay.  I went -- I made a step
22   forward with my right foot and I kind of slipped
23   and I hit my right knee into the roof, and then
24   I started rolling, and then I fell to the left
25   side.
```

```
 1                    Artur Sleszynski          115

 2          Q     So you landed on your left side?

 3          A     Yes.

 4          Q     So it was your right knee that hit

 5     the ground first?

 6          A     Yes.

 7          Q     Did you grab anything or brace your

 8     hands to brace your fall, or reach your hands

 9     out to brace your fall in any way?

10          A     No.

11          Q     You said you saw the overlap prior,

12     correct, the base roll?

13          A     I knew it was there.

14          Q     For approximately how long was that

15     overlap in the base roll there?

16          A     A couple of days.

17          Q     And you were on the job site for

18     those couple of days that the base lap roll was

19     there?

20          A     Yes.

21          Q     Did you bleed as a result of the

22     accident?

23          A     No.

24          Q     How long did you remain on the

25     ground?
```

```
 1                   Artur Sleszynski          116
 2          A     On the ground of the roof?
 3          Q     Yes, I'm sorry, on the roof, after
 4     you fell?
 5          A     I can't recall exactly.
 6          Q     Who helped you get down from the
 7     roof?
 8          A     My father.
 9          Q     Who helped you get up off the roof
10     after you had fallen?
11          A     No one.
12          Q     You were able to get up on your own
13     power?
14          A     No, I was on the roof for awhile,
15     resting, making sure nothing is broken, and then
16     after that, my father helped me to walk to the
17     hatch.
18          Q     How far did you have to walk to get
19     to the hatch?
20          A     Let us say thirty feet, around.
21          Q     Did you report the accident, at
22     all, to anybody?
23          A     The same day, afterwards?
24          Q     At any point?
25          A     Yes.
```

```
 1                    Artur Sleszynski          117

 2          Q    Who did you report the accident to?

 3          A    Zbignniew Kretowcz.

 4          Q    Did you report it to anyone else?

 5          A    No.

 6          Q    How did you report to Mr. Kretowcz?

 7          A    I called him and I let him know

 8   what happened.

 9          Q    Did you ever prepare any written

10   report as a result of the accident?

11          A    On the same day, afterwards?

12          Q    At anytime?

13          A    Yes.

14          Q    What written reports did you

15   prepare?

16          A    I was asked by Mr. Kretowcz to sign

17   a report for Hayden, fill it out and sign it for

18   Hayden.  So after I signed it, I returned it, I

19   was supposed to give it back to Zbignniew.

20          Q    Did you fill out the accident

21   report, yourself?

22          A    No.

23          Q    Who filled out the accident report?

24          A    My lawyer helped me.

25               MR. LOCHNER:  Which lawyer helped
```

1                     Artur Sleszynski              118

2          you, do you remember the name?

3                  THE WITNESS:  Yes, Robert

4          Abruzzino.

5                  MR. LOCHNER:  The last name?

6                  THE WITNESS:  Abruzzino.

7                  MR. LOCHNER:  You said Robert

8          Abruzzino?

9                  THE WITNESS:  Yes.

10         Q       Did you review the accident report

11    prior to signing it?

12         A       I looked at it, yes.

13         Q       Was all the information in the

14    accident report correct?

15         A       Yes, it seemed, although when I

16    looked at it once again, my address was

17    misspelled.

18         Q       Was there any other errors with the

19    report, besides the address being misspelled?

20         A       No.

21         Q       On the accident report, you list

22    lack of safety devices as a cause of your

23    accident.  What safety devices -- what lack of

24    safety devices were you referring to?

25         A       I would say roof brackets, safety

```
 1                    Artur Sleszynski           119

 2      harness, anything that would prevent me from

 3      falling and keep rolling down the roof.

 4           Q     Prior to the accident, did you ever

 5      make any requests for roof brackets?

 6           A     No.

 7           Q     Did you ever make any requests for

 8      safety harnesses?

 9           A     No.

10           Q     Did you ever make any requests for

11      crawl boards?

12           A     No.

13           Q     Did you consume any alcohol in the

14      24 hours prior to the date of your accident?

15           A     No.

16           Q     Any illegal narcotics?

17           A     No.

18           Q     Any prescription medication?

19           A     No.

20           Q     Did you fail to take any

21      prescription medication within the 24 hours

22      prior to the date of the accident?

23           A     Once again, please?

24           Q     Did you fail to take any

25      prescription medication within the 24 hours
```

```
 1                    Artur Sleszynski              120

 2    prior to the date of the accident?

 3          A     Did I fail?

 4          Q     To take any prescription medication

 5    that you may have been required to take?

 6          A     No.  I never took any medication

 7    prior to the accident.

 8          Q     Did you treat with any other

 9    medical providers in connection with your

10    injuries as a result of your accident on

11    September 10th, 2011, other than those that you

12    spoke with counsel about prior?

13          A     No.

14          Q     Have you sustained any subsequent

15    injuries to your right knee?

16          A     Can you clarify again?

17                MR. BOWMAN:  Have you injured your

18          knee since your accident?

19                THE WITNESS:  No.

20          Q     Are you able to do all the things

21    that you used to do before the accident, as we

22    sit here today?

23          A     Yes.

24          Q     Did you incur any out-of-pocket

25    expenses as a result of your accident?
```

```
1                   Artur Sleszynski          121
2        A     Not that I can remember, no.
3              Can I also clarify to the answer
4    about was I able to do the same duties as I did
5    before?
6        Q     Sure.
7        A     I do the same work, although my
8    work involves a lot of crawling underneath beams
9    and units, a lot on the knees.  Whenever I do
10   that, that knee hurts.  So I need to work with
11   pain in the knee.
12       Q     What about besides work, in your
13   personal life, were there any sports that you
14   used to engage in prior to the accident that you
15   no longer engage in?
16       A     I used to ski, I don't ski anymore.
17   I am afraid that something can happen to the
18   knee.  I used to play soccer.  I don't do it
19   actively no more.  I used to jog a little bit.
20   I used to go to gym, I don't go to gym anymore.
21       Q     What did you say before the gym?
22       A     Jogging.
23       Q     Jogging.  Have you tried to ski
24   since the accident?
25       A     No.
```

```
 1                    Artur Sleszynski          122

 2        Q       Have you tried to play soccer since

 3   the accident?

 4        A       No.

 5        Q       Have you tried to jog since the

 6   accident?

 7        A       Yes.

 8        Q       How many times have you jogged

 9   since the accident?

10        A       How many times?

11        Q       Yes.

12        A       I signed up for the gym, I went for

13   a week or two.  When I was jogging, my leg after

14   awhile got swollen, so I just stopped.

15             MR. HENNESSEY:  Alright.  I am

16        going to take a minute to review my notes.

17        If you guys have anything, and would like

18        to go ahead.

19             MR. VARVARO:  Sure.

20   EXAMINATION BY

21   MR. VARVARO:

22        Q       Good afternoon, sir.  I just have a

23   couple of followup questions.  I'm going to try

24   my best not to repeat the questions that were

25   already asked of you.
```

```
1                    Artur Sleszynski              123
2              Do you recognize the name Roman
3    Olejnik, O-L-E-J-N-I-K?
4         A    Yes.
5         Q    Who is Roman?
6         A    He is just a name on a piece of
7    paper.  He's a friend of Zbignniew Kretowcz.
8         Q    Did Roman work at Pinnacle?
9         A    No.
10        Q    You said that you were on this job
11   site for about three weeks before this accident?
12        A    Yes.
13        Q    Did Roman work on this job site
14   during the three weeks before this accident?
15        A    No.
16        Q    You said that the owner of Pinnacle
17   was Andre Lenczewski?
18        A    Andre Lenczewski.
19        Q    Did Andre come to the job site?
20        A    No.
21        Q    Big Zbignniew come to this job site
22   during the three weeks before the accident?
23        A    He might have, but I can't recall.
24        Q    Okay.  In this case, I represent a
25   company called Albert B. Ashforth.  Do you
```

1               Artur Sleszynski               124

2    recognize that name?

3         A    No.

4         Q    While you were on the job site for

5    the approximate three weeks before the accident,

6    did you ever meet anyone who told you they

7    worked for or were connected with Albert B.

8    Ashforth?

9         A    No.

10        Q    During the approximate three weeks

11   that you were on the job site before the

12   accident, did you see Ken Buckley from Hayden on

13   the job site?

14        A    Yes.

15        Q    With what frequency, how often did

16   you see Ken Buckley at the job site before the

17   accident?

18        A    Before the accident, he was there

19   usually there everyday, unless he had some sort

20   of meeting with the company.  So most of the

21   time, like four or five days a week.

22        Q    When Ken Buckley came to the job

23   site, did he typically talk to you because you

24   were the foreman for Pinnacle on the job site?

25        A    Yes.

1              Artur Sleszynski          125

2        Q     When Ken Buckley came to the job

3   site during the three weeks before the accident,

4   did he typically come alone or did he come with

5   anyone?

6        A     Typically alone.

7        Q     On the occasions when you talked to

8   Ken Buckley at the job site before the accident,

9   what kind of topics would the two of you talk

10  about?

11       A     Mostly about work.  Also, what we

12  did at home during the weekend.

13       Q     Did you talk about the progress of

14  the job site?

15       A     Yes, yes.

16       Q     When Ken Buckley came to the job

17  site before the accident, did you talk to him

18  about safety practices on the job site?

19       A     No.

20       Q     During the three weeks that you

21  were at the job site before the accident, the

22  equipment that was used by the Pinnacle

23  employees to do the work, who supplied that

24  equipment, was it Pinnacle?

25       A     Pinnacle supplied power tools, not

1                     Artur Sleszynski          126

2      specifically for this job, but we supplied screw

3      guns, saw-jaws, skill saws.  For this specific

4      job, we supply torches and hoses for the

5      torches.

6              Q      On this job site before the

7      accident, did Hayden supply any tools or

8      equipment for the Pinnacle folks to use on the

9      site?

10             A      Propane tanks.

11             Q      Anything else?

12             A      A lull.

13             Q      I'm sorry?

14             A      A lull, L-U-L-L, a machine that you

15     use to lift materials.

16             Q      What is that?  Say it again.  What

17     is it?

18             A      We use it on a construction site, a

19     four-wheeler machine.  It's like a forklift,

20     just way, way bigger.

21             Q      To lift people above ground?

22             A      Not people, material.

23             Q      Materials, okay.  So you use that

24     to lift material -- to lift up material to a

25     work level, right?

```
 1                  Artur Sleszynski            127
 2        A      Yes.
 3        Q      Did Hayden provide anything else
 4   besides that piece of equipment and the propane
 5   tanks?
 6        A      A ladder.
 7        Q      Anything else?
 8        A      I can't recall.
 9        Q      Did you ever hear of a company
10   named Ahearn Holtzman or Seaboard
11   Weatherproofing and Restoration?
12        A      No.
13        Q      As far as you understand, for this
14   job site, during the three weeks you were on the
15   site before the accident, besides the equipment
16   that Hayden provided that you just described and
17   besides the equipment and tools that Pinnacle
18   supplied, did any other company supply equipment
19   or tools to the Pinnacle employees, anybody
20   else?
21        A      No.
22        Q      Now, I just want to make sure I
23   understand what happened.  You mentioned earlier
24   that as of the time of the accident, there was a
25   base roll or base level that had been placed on
```

```
 1                    Artur Sleszynski            128
 2      the roof; is that correct?
 3            A     Yes.
 4            Q     And the -- we call it the base
 5      roll, is that what you were calling it earlier?
 6            A     Yes.
 7            Q     The base roll, can you just tell me
 8      what is that made out of, is it a cloth, is it a
 9      plastic, what is the base roll made out of?
10            A     It's like, I don't know what it's
11      made of, but when you use the torch underneath
12      the surface, it melts and sticks to the roof.
13      And the top surface, it has like sand in it, so
14      when you walk on it, it's kind of slippery, and
15      that is all I know about it.
16            Q     You said it was black in color?
17            A     Yes.
18            Q     Do you recall, if you remember,
19      don't guess, do you remember the name of the
20      manufacturer of the base roll that was on the
21      roof in your area, in the area when you had the
22      accident?  Do you remember the brands?
23            A     The brands we used on that
24      particular job was C Plus, I don't remember how
25      to spell it.
```

```
 1                 Artur Sleszynski        129
 2        Q      You said that the bottom of the
 3   base roll, when it's heated, melts to the roof?
 4        A      Yes.
 5        Q      The roof to which that it melts
 6   with, is that typically made out of metal or
 7   what is that material?
 8        A      In this case, that is sheetrock.
 9        Q      You said sheetrock?
10        A      Yes.
11        Q      The overlap that you described
12   earlier, you were talking about two separate
13   pieces of the base roll that overlapped; is that
14   right?
15        A      Yes.
16        Q      Was there any difference in the two
17   areas of base roll that overlapped, or were they
18   the same type of material?
19        A      The same type of material.
20        Q      Now, at the time when you had your
21   accident, where was your father?  Was he on the
22   roof with you or was he somewhere else?
23        A      He was on the roof with me.
24        Q      If I could just get the photograph
25   that has been marked.
```

```
 1                    Artur Sleszynski              130

 2              Sir, directing your attention to

 3     Exhibit E, do you see the area that is shown in

 4     the photograph, do you see the picture?

 5          A     Yes.

 6          Q     At the time when you had your

 7     accident, was your dad anywhere in the area

 8     shown in that picture, Exhibit E?

 9          A     No.

10          Q     Using that picture, where was your

11     dad?  Would you have to go off the picture going

12     towards the top, the bottom, the right, the

13     left?

14          A     Towards the right.

15          Q     Towards the right.  At the time of

16     the accident, what was the approximate distance

17     between where you were, when you had the

18     accident, and your dad?

19          A     Ten feet.

20          Q     Was there anybody else within ten

21     feet of you, besides your dad, at the time of

22     the accident?

23          A     No.

24          Q     Besides your dad, do you know of

25     anyone else that saw your accident occur?
```

```
 1              Artur Sleszynski          131

 2       A    You mean me falling?

 3       Q    Yes.

 4       A    No.

 5       Q    At the time when you had the

 6  accident, were you carrying anything?

 7       A    No.

 8       Q    Did you have a tool belt on at the

 9  time of the accident?

10       A    No.

11       Q    Did you have a knapsack or anything

12  on your back at the time of the accident?

13       A    No.

14       Q    At the time of the accident, did

15  you have an iPod that people use to listen to

16  music?

17       A    No.

18       Q    Anything in your ears?

19       A    No.

20       Q    I notice you are wearing glasses.

21  Is that to see distance, things far away?

22       A    Yes.

23       Q    Did you have a prescription in

24  effect for glasses on the date of the accident?

25       A    I wore glasses on the date of the
```

```
 1                    Artur Sleszynski              132

 2     accident.

 3            Q      Were you wearing your glasses at

 4     the time of the accident?

 5            A      Yes.

 6            Q      At the time of the accident, you

 7     said that you were walking, when the accident

 8     occurred, towards the ladder?

 9            A      Yes.

10            Q      At the time of the accident, can

11     you describe the pace in which you were walking?

12            A      I just made the first step.

13            Q      Were you running at the time of the

14     accident?

15            A      No.

16            Q      At the time when you had your

17     accident, at the time when your accident

18     occurred, was your dad talking to you at that

19     moment?

20            A      When the accident --

21            Q      Right.  When the accident happened?

22            A      No.

23            Q      At the time that the accident

24     occurred, were you talking to your dad?

25            A      No.
```

1                    Artur Sleszynski              133

2        Q      Were you talking to anyone?

3        A      No.

4        Q      Now, before the date of the

5    accident, had you put down roofs similar to the

6    one you were working on, on the date of the

7    accident?

8        A      Yes.

9        Q      Using base sheets and the cap sheet

10   that you described earlier, you were working

11   with this material before the accident?

12       A      Yes.

13       Q      Okay.  And by the way, some of my

14   questions may sound obvious, but we just need to

15   understand.  I'm sure your attorney told you

16   that.

17              Before the date of the accident,

18   when you worked on other roofs, you had put down

19   a base roll such as this one, correct?

20       A      Yes.

21       Q      Before the date of the accident on

22   other jobs, had you put down base rolls where

23   there were overlaps?

24       A      Yes.

25       Q      That was something that was common,

```
 1                    Artur Sleszynski              134
 2     correct?
 3          A     Yes.
 4          Q     On other job sites, before the
 5     accident, when you would put down base rolls and
 6     there were overlaps, on those other job sites,
 7     did Pinnacle use roof brackets or safety
 8     harnesses that you described earlier?
 9          A     No.
10          Q     Did you ever ask for them on the
11     prior job site?
12          A     No.
13          Q     Before the accident, besides
14     Pinnacle, did you ever work for another roofer?
15          A     No.  Can I clarify?
16          Q     Sure.
17          A     I worked with Pinnacle, the same
18     people, same management, just a different name
19     of the company.
20          Q     So, before the date of the accident
21     when you had worked on other roofs, and when you
22     had put down base rolls on other roofs, were
23     those jobs handled pretty much the same way as
24     the one that you were working on, on the date of
25     the accident?
```

```
 1                    Artur Sleszynski          135

 2          A     Yes.

 3          Q     When you injured your knee back in

 4   2009, besides going to the Greenpoint Manhattan

 5   Clinic, did you go to any other doctor,

 6   therapist, hospital, healthcare provider, for

 7   your knee?

 8          A     No.

 9          Q     When you injured your knee back in

10   2009, did you make a Worker's Compensation claim

11   in connection with that accident?

12          A     No.

13          Q     After this accident and after you

14   moved to Massachusetts, did you see any doctors

15   or healthcare providers in Massachusetts for

16   your right knee?

17          A     No.

18          Q     Now, you told us earlier that you

19   had surgery on your right knee, October 18th,

20   2011, that sounds about right to you?

21          A     Yes.

22          Q     About one month after the accident;

23   is that about right?

24          A     Yes.

25          Q     After the accident, but before the
```

```
 1                    Artur Sleszynski              136

 2      operation on your right knee, did you use

 3      crutches during that time period?

 4             A     Yes.

 5             Q     For how long, approximately, did

 6      you use the crutches after the accident, but

 7      before the surgery?

 8             A     For how long?

 9             Q     Yes, sir.

10             A     I used them for around two weeks.

11             Q     After the surgery, did you use

12      crutches?

13             A     Yes.  I used crutches and they also

14      supplied me with a walker for the first couple

15      of days.

16             Q     You started physical therapy after

17      the surgery, correct?

18             A     Yes.

19             Q     After the surgery, for

20      approximately how long did you use the crutches?

21             A     After the surgery?

22             Q     Yes, approximately?

23             A     Approximately, a month.

24             Q     Did you use the walker before the

25      crutches or at the same time?
```

```
 1                    Artur Sleszynski           137

 2          A      The walker, I used for the first

 3    couple of days.

 4          Q      And then the crutches?

 5          A      And then the crutches.

 6          Q      When you went for physical therapy

 7    during a portion of that time, did you use the

 8    crutches?

 9          A      Yes.

10          Q      When you went to physical therapy,

11    how did you get there?

12          A      My wife drove me.

13          Q      Now, your second child was born in

14    2012, the year you moved to Massachusetts,

15    correct?

16          A      Yes.

17          Q      And you and your family moved from

18    New York to Massachusetts in 2012; is that

19    right?

20          A      I am sorry -- can you repeat the

21    question?

22          Q      You and your family, you moved to

23    Massachusetts in 2012, last year?

24          A      Yes.

25          Q      And when you and your family moved
```

```
 1                    Artur Sleszynski        138

 2      from New York to Massachusetts, did you hire

 3      movers to do that, or did you move your family's

 4      belongings?

 5            A     I moved it, and my friends helped

 6      me.

 7            Q     Did you rent any sort of a truck or

 8      trailer to move your furniture and belongings?

 9            A     No, my friend, he has a van.

10            Q     At the time of the accident,

11      besides working for Pinnacle, did you have a

12      second job where you moonlighted to earn extra

13      money?

14            A     No.

15            Q     At the time of the accident, did

16      you have a business on your own account, where

17      you had your own company?

18            A     No.

19            Q     In order to prepare for our time

20      together today at the deposition, did you look

21      at anything, did you look at the pictures before

22      the deposition that you took, did you do that?

23            A     Yes.

24            Q     Besides looking at the pictures

25      before the deposition, did you look at any other
```

```
 1                    Artur Sleszynski            139

 2      papers or documents in order to prepare for

 3      today?

 4           A     Yes.

 5           Q     What did you look at?

 6           A     I looked at my bills from the

 7      hospital.  I just looked at the names of the

 8      places that I went to.

 9           Q     You are talking about like the

10      doctors?

11           A     Yes, doctors and names, because I

12      couldn't remember all of them.

13           Q     Did you look at the accident report

14      that you described earlier?

15           A     Yes.

16           Q     Did you look at anything else,

17      besides the things that you just mentioned?

18           A     No.

19           Q     Okay.

20                 MR. VARVARO:  Can you mark this?

21                 (Whereupon, Defendant's Exhibit G,

22           Multi-page document, was marked for

23           identification.)

24           Q     Mr. Sleszynski, take a look at the

25      document that was marked Defendant's Exhibit G,
```

```
 1                    Artur Sleszynski              140

 2      and let me know when you are done.

 3            A      Okay.

 4            Q      Is that the accident report that

 5      you described earlier that Zbignniew asked you

 6      to fill out and sign?

 7            A      Yes.

 8            Q      And is that your signature that

 9      appears on the bottom of Exhibit G?

10            A      Yes.

11            Q      Now, on top of your signature, the

12      handwriting that is on that form, is that your

13      handwriting or somebody else's?

14            A      Above my handwriting?

15            Q      Above your signature.

16            A      That is somebody else's.

17            Q      Do you know whose handwriting that

18      is?

19            A      Yes.

20            Q      Whose was it or whose is it?

21            A      My lawyers.

22            Q      Okay.  Before you signed the

23      report, did you read it over?

24            A      Yes.

25            Q      When you read over and signed the
```

1                     Artur Sleszynski              141

2      report, besides your lawyer, was Zbignniew with

3      you?

4           A     No.

5           Q     Was there anyone else with you

6      besides your lawyer?

7           A     No.

8           Q     Besides this form, Defendant's

9      Exhibit G, did you sign any other accident

10     reports pertaining to the accident that we are

11     talking about today?

12          A     No.

13          Q     You mentioned earlier that after

14     the accident, there came a time that you went to

15     the Long Island Jewish Hospital, correct?  After

16     the accident, you went to LIJ, to the hospital;

17     is that right?

18          A     A couple of days, yes.

19          Q     When you went to the hospital, did

20     you stay overnight?

21          A     No, I went to emergency room.  I

22     stayed there for four hours.

23          Q     When the doctor performed the

24     surgery on your right knee, were you put to

25     sleep?

```
 1                     Artur Sleszynski            142

 2          A     Yes.

 3          Q     At the time of the accident, did

 4    you have a doctor who you considered your family

 5    doctor, someone you would see for a cold or a

 6    flu or something like that?

 7          A     No.  Can I clarify?

 8          Q     Sure.

 9          A     If I had anything wrong with my

10    body, I usually went to Semla-Pulaski, or to

11    Manhattan Clinic in Greenpoint.

12                MR. VARVARO:  I have no further

13                questions.  Thank you.

14    EXAMINATION BY

15    MR. LOCHNER:

16          Q     Good afternoon, sir.  I represent

17    an entity known as Ahearn, Holtzman, Inc.  Have

18    you ever heard of that company?

19          A     No.

20          Q     They are also doing business as

21    Seaboard Waterproofing and Restoration.  Have

22    you ever heard of that company?

23          A     No.

24                MR. BOWMAN:  Is it Waterproofing or

25                Weatherproofing?
```

```
 1                    Artur Sleszynski        143
 2              MR. LOCHNER:  Well, I'll give you
 3         the full name.  It's Ahearn Holtzman,
 4         Inc., doing business as Seaboard
 5         Waterproofing and Restoration, incorrectly
 6         sued herein as Seaboard Weatherproofing
 7         and Restoration.
 8              MR. BOWMAN:  Did you ever hear of
 9         that company?
10              THE WITNESS:  No.
11         Q     Sir, how long were you on the roof
12    painting that morning before you had your
13    accident?
14         A     How long was I on the roof before?
15         Q     That day?
16         A     That day, six hours.
17         Q     That area that is depicted as the
18    metal flashing in Exhibit B and --
19         A     You mean the metal paneling wall?
20         Q     The metal paneling wall that is in
21    Exhibit B.  It's also partially shown in
22    Defendant's E.  Is that all the metal flashing
23    wall, metal panel wall that you had to paint, or
24    were there other areas that you had to paint?
25         A     That wall, but it continues around
```

1                    Artur Sleszynski              144

2      the roof, so this is only one side of it.

3            Q      It's around the entire roof?

4            A      Yes.

5            Q      Around the entire roof, does it

6      also have an angled roof, such as the one

7      depicted in Exhibit E that you circled?

8            A      Yes.

9            Q      You said you painted that paneling

10     the day before, as well, correct?

11           A      Yes.

12           Q      That was about eight hours of

13     painting, nine hours of painting the day before?

14           A      I can't recall how many hours.

15           Q      Was it the whole day that you

16     painted?

17           A      The whole day on the job site.

18           Q      What were you using to paint, were

19     you using a brush, a roller, what equipment were

20     you using to paint?

21           A      A roller and a brush.

22           Q      Just using Exhibit E as an example,

23     if you were standing on the sloped roof, were

24     you able to reach the top of the metal paneling?

25           A      Yes.

```
 1                    Artur Sleszynski           145

 2         Q       What material did your father

 3    indicate that he needed you to go down and bring

 4    up?

 5         A       He needed flashing material, the

 6    silver material right there (indicating).

 7              MR. LOCHNER:  The silver material

 8              right there, indicating, pointing at

 9              Defendant's E.  Looks to be like a right

10              angle, silver-type flashing at the bottom

11              of the picture and leading up towards the

12              center.

13         Q       Who supplied the propane tanks?

14         A       Hayden ordered them, I don't know

15    who the supplier was.

16         Q       Hayden brought them to the site for

17    you?

18         A       The supplier brought, Hayden

19    ordered them.

20         Q       The base material that you were on

21    just before this accident, was that a rubber

22    material?

23         A       Is it rubber, no -- I don't know.

24    It's not rubber, because rubber would burn out,

25    it's kind of hot tar material, I would say more.
```

1                    Artur Sleszynski        146

2          Q      In your experience at this job

3     site, was that base, was it sticky, was it

4     slippery?  You describe for me what you found

5     this base material to be before your accident?

6          A      When it's hot, it's sticky.  You

7     can stick to it, like either you can fall.  When

8     it's colder, it has like a sand granules.  Very,

9     very small.  So it's not slippery then.

10         Q      On the day of the accident, was it

11    a hot material, so it was sticky or was it cool

12    or something else, right before your accident?

13         A      It was hot.

14         Q      Other than using the torch to put

15    down the base, is there anything else that

16    adheres the base to the sheetrock?

17         A      This material and this base, no.

18         Q      And based on your testimony, you

19    took your first step with your right foot and

20    then you fell, is that what you said to us

21    earlier?

22         A      Yes.

23         Q      Prior to making that first step,

24    did you ever take a look at the path you

25    intended to take?

1                    Artur Sleszynski          147

2          A      I looked towards the ladder, there

3     was nothing in the way.

4          Q      My question is very specific.

5     Before you took that first step, did you take a

6     look at the path you intended to walk down the

7     roof before the accident?

8          A      I can't recall.

9          Q      Can you tell me -- you talked about

10    an overlap.  Can you describe for me, does that

11    overlap create any height differential?

12         A      It's just a quarter of an inch

13    height differential.

14         Q      Is that a slope differential?  In

15    other words, you have the overlap that is coming

16    from the top of the roof that overlaps the base

17    below it?

18         A      Yes.

19         Q      And the height differential, is

20    that a slope-type differential over that area,

21    on the lowest part of the base?

22         A      Yes, sloped.

23         Q      What caused you to fall in this

24    accident?

25         A      Sticking to the sheet.  I kind of

```
 1              Artur Sleszynski          148

 2   stuck, I slipped on it.  When it's hot, when

 3   it's sunny, the material is sort of sticky and

 4   it melts a little bit, so you stick to it, and I

 5   fell.

 6        Q     Are you saying you fell because you

 7   stuck to the roof, I'm not following?

 8        A     This material is slippery and

 9   sticky both.  I'm sorry about my English, my

10   first language is Polish.

11              When it's hot, it's melting.  It

12   depends on the weather, as well.  On that day,

13   it could be slippery, it could be sticky.  When

14   you step, especially on the laps like this one,

15   when you step on it, you can slip on it.  If you

16   stand on it longer, you are going to stick to it

17   and rip the material apart.

18        Q     How long were you working on that

19   area of the roof before the accident occurred,

20   you said a couple of hours?

21        A     Yes.

22        Q     Were you sticking or slipping, at

23   all, on the base, prior to having this accident

24   that morning?

25        A     Kind of, yes.
```

```
 1                  Artur Sleszynski          149
 2          Q      What was happening?
 3          A      When you work on it, when you stand
 4     for a longer period of time on it, you stick to
 5     the material, side of it, become sideways, not
 6     to stick into it.
 7          Q      To become unstuck, what do you have
 8     to do?
 9          A      Twist your legs sideways.
10          Q      Is it difficult to get your shoe
11     unstuck?
12          A      No.
13          Q      Did you slip, at all, prior to the
14     accident on that day, on that base?
15          A      No.
16          Q      Are you aware of anyone who slipped
17     on that base material prior to your accident?
18          A      Not that I'm aware of.
19          Q      You said two things so far.  At one
20     point you said you slipped as a result of
21     stepping on the overlap.  And you also said that
22     you got stuck and that caused you to fall.  Do
23     you know which it was, did you slip or did you
24     get stuck, which caused you to fall?
25          A      Slip.
```

```
 1                  Artur Sleszynski          150
 2          Q      After the accident, did you go back
 3     to look near the area where you fell?
 4          A      No.
 5          Q      Did you ever look back at the area
 6     where you fell?
 7          A      No.
 8          Q      Are you aware of there being
 9     anything in that area, other than the base
10     material at the time that you fell?
11          A      No.  Like I said, my paintbrush and
12     bucket for my paint.
13          Q      But you didn't trip over your
14     paintbrush or your bucket?
15          A      No.
16          Q      So, I'm just talking about where
17     you had your accident.  Was there anything in
18     that area where you fell, other than the base
19     roll that you talked about?
20          A      No.
21          Q      Just the base roll, correct?
22          A      The base roll was already on the
23     roof, it was surface, it was flat.
24          Q      The rest of the roof, was it in the
25     same condition, so it just had the base roll and
```

```
 1                  Artur Sleszynski          151

 2      not the top?

 3           A      I can't recall entirely around,

 4      but, yes, I would say yes.  Because we decided

 5      to leave everything the way, like that, when we

 6      painted it, so when it get dirty, we don't

 7      damage the top layer of the roof.

 8           Q      The top layer of the roof, it's a

 9      little lighter than the base coat; is that

10      correct?

11           A      It's light.

12           Q      Have you ever served any time in

13      the military?

14           A      No.

15           Q      I'm skipping around a little bit,

16      because I'm looking at some notes.

17                  What was your rate of pay at

18      Pinnacle at the time of the accident?

19           A      They paid me 500 a week.

20           Q      Was it a flat rate or hourly?

21           A      Hourly.

22           Q      So, it came out to about 500 a

23      week?

24           A      Yes.

25           Q      Was that your take-home, is that
```

```
 1                 Artur Sleszynski           152
 2    what you took home, or was that before taxes?
 3         A     It was before taxes.
 4         Q     Immediately following this
 5    accident, were you unable to work?
 6         A     As work as for --
 7         Q     As a roofer?
 8         A     No, I was unable.
 9         Q     Did you work, at all, at any time
10    after -- you had the accident, when was the
11    first time you went back to work?
12         A     In May of 2012, May 29th, I
13    believe, that is when I started.
14         Q     That is when you started off in
15    Massachusetts?
16         A     Yes.
17         Q     And all of your medical treatments
18    have been paid for through Worker's
19    Compensation; is that correct?
20         A     Yes.
21         Q     Do you owe money to any doctors or
22    are there any liens outstanding that you are
23    aware of?
24         A     No.
25         Q     Have you taken any loans against
```

```
 1                    Artur Sleszynski          153
 2      your recovery in this case?
 3            A     No.
 4            Q     Right after the accident, who did
 5      you call first?
 6            A     Right after the accident?
 7            Q     Yes.  Who was the first person you
 8      called to tell about the accident?
 9            A     I can't recall.  I called two
10      people, my wife and Zbignniew.  I dont' remember
11      who was first.
12            Q     What did you tell Zbignniew about
13      the accident?
14            A     I told him I fell on the roof, I
15      injured my knee, I can't work no more.
16            Q     Did he ask you how you fell on the
17      roof?
18            A     I can't recall that.
19            Q     Did you tell him how you fell on
20      the roof?
21            A     I can't recall.  Probably.
22            Q     Did you call Ken that day, as well?
23            A     No.
24            Q     Did you ever speak to Ken about the
25      accident, Ken Buckley?
```

```
 1                Artur Sleszynski          154
 2        A     Yes.
 3        Q     When was the first time you spoke
 4   to Ken Buckley about your accident?
 5        A     The next day.
 6        Q     What did you say to him?
 7        A     I described what happened.  I told
 8   him I won't be able to work for awhile until the
 9   knee gets better.
10        Q     When you described for him what
11   happened, what words did you use?  What did you
12   tell him?
13        A     I told him I slipped, I fell on the
14   roof.  I rolled a couple of times.  And then I
15   couldn't walk for awhile.  When I noticed my leg
16   was not broken, I could get up with the help of
17   my father.  I told him I got off the roof, I
18   stayed in the van, and then I went home.
19        Q     Did Ken ever ask you how you fell?
20        A     Not that I recall, no.
21        Q     Did you ever tell Ken what caused
22   you to fall?
23        A     I described how it happened.
24        Q     What did you tell him when you
25   described how it happened?
```

```
 1              Artur Sleszynski          155
 2        A     Just what I told you before.
 3        Q     Did you indicate at all to Ken that
 4   you believe you slipped on the overlap?
 5        A     No, not that I can recall.
 6        Q     When was it, for the first time
 7   after the accident, when you first felt pain in
 8   your knee?  Was it when you first fell?  Was it
 9   while you were rolling?  Was it when you were at
10   the bottom of the flat part of the roof?  You
11   tell me.
12        A     When I first fell and hit the roof
13   with my knee, I heard like a cracking with my
14   knee, and then I rolled a couple of times, and
15   then I just couldn't walk on it no more.  I
16   couldn't stand.  I tried to stand up, but I
17   couldn't.
18        Q     The crack that you heard, that was
19   on the initial contact with the roof?
20        A     Yes.
21        Q     Did your knee hit anything else
22   while you rolled down the roof?
23        A     No, that I'm aware of.  Just the
24   roof a couple of times, when I was rolling.
25        Q     Can you describe for me where the
```

```
 1              Artur Sleszynski           156
 2     pain was in your right knee -- was it your
 3     right?
 4          A     Yes.
 5          Q     Where was the pain in your right
 6     knee?
 7          A     Where?
 8          Q     Yes, can you describe it?
 9          A     Sides.
10          Q     Both sides?
11          A     Yes.
12          Q     Did you make any claims for any
13     disability, disability claims, social security
14     disability?
15          A     No.
16          Q     The knee surgery that you had, did
17     they cut open your whole knee or did they put
18     three holes in your knee?
19          A     They put three holes in my knee --
20     I mean two.  Like two little slices and then one
21     long.
22          Q     How long is the long slice?
23          A     Three inches.
24          Q     How many times did you see
25     Dr. Price after he did the surgery?
```

```
 1                  Artur Sleszynski              157

 2          A       Six, seven times.

 3          Q       When was the last time that you saw

 4     a doctor for any complaints from this accident?

 5          A       I can't recall the day.  It was the

 6     only day I saw him last time was when he gave me

 7     the discharged papers from the clinic, that I

 8     was fine, I could go to work.  I can't recall

 9     when was that.

10          Q       Was that in 2012?

11          A       2012.

12          Q       Do you remember what month or

13     season?

14          A       It might have been April, I don't

15     remember exactly.  April or May.

16          Q       You indicated earlier that you were

17     receiving $333 per week from Worker's Comp for

18     your lost wages.  Do you know how long you

19     received that money for?

20          A       I can't tell you exactly.  I don't

21     want to lie.  It was around two months, then

22     they decreased the money to 133 a week.

23          Q       In terms of time that you received

24     the money from Worker's Comp for lost wages,

25     when did that end?
```

```
 1                    Artur Sleszynski          158
 2         A      It was like six months.
 3         Q      After you settled your case, did
 4   you stop getting Worker's Compensation payments
 5   for lost wages?
 6         A      Yes.
 7         Q      Since returning to work in
 8   Massachusetts with Centimark, have you lost any
 9   time from work, as a result of pain from this
10   accident?
11         A      No.
12         Q      When you were working for Pinnacle
13   at the time of this accident, did you receive
14   any benefits, any health benefits, time off, any
15   kind of benefits other than your salary?
16         A      From Pinnacle?
17         Q      Yes.
18         A      No benefits.  They just allowed me
19   to drive the guys to work, and they paid me for
20   the days of work.
21         Q      How about at Centimark, do you get
22   any benefits from Centimark, whether it's time
23   off, pension, medical coverage, anything like
24   that?
25         A      Yes.
```

1                    Artur Sleszynski          159

2          Q      What do you get at Centimark?

3          A      I get health insurance, 401K plan,

4    but I didn't sign up for it, though.  I don't

5    know if I want to stick around with the company

6    for longer.  Maybe.

7          Q      Any other benefits?

8          A      Paid holidays.

9          Q      How about like sick time?

10         A      No.

11         Q      Vacation time?

12         A      Vacation time, one week after one

13   year.

14         Q      Did you receive overtime payments

15   at Pinnacle, or was it always 500 a week?

16         A      I need to clarify that, too.  It

17   was always 500 a week on the books.

18         Q      What else did you receive?

19         A      Cash payments, as well.

20         Q      How much were you receiving weekly

21   in cash payments when you worked for Pinnacle,

22   on average?

23         A      1,000 -- I mean altogether, 1,000.

24         Q      So 500 in cash, 500 on the books?

25         A      Yes.

1                    Artur Sleszynski            160

2         Q       Was it always 1,000 straight every

3    week?

4         A       No, it was dependent on the hours

5    and weather.

6         Q       If you worked overtime, what rate

7    did they pay for overtime, was it flat or was

8    it -- time and-a-half?

9         A       Flat.

10        Q       At Centimark, do they pay overtime?

11        A       Yes.

12        Q       Is it at time and-a-half?

13        A       Yes.

14        Q       The ladder that was used to get

15   onto the roof, that was supplied by Hayden?

16        A       Yes.

17        Q       And your father, you believe, is

18   the only witness to this accident; is that

19   correct?

20        A       Yes.

21             MR. HENNESSEY:  I just have one

22        quick one.

23   EXAMINATION BY

24   MR. HENNESSEY:

25        Q       You didn't fall off the roof,

```
1                    Artur Sleszynski            161
2      correct?
3           A      No.
4           Q      How long were you talking with your
5      dad just before you had your accident?
6           A      Two or three minutes.
7           Q      When you were talking to him, what
8      direction were you facing?  Were you facing down
9      the slope, to the side of the slope?
10          A      To the side of the slope.  If I was
11     facing the wall at the bottom, where the ladder
12     was set up, I was looking towards the left.
13          Q      Let me just set it up.  When you
14     were talking to your dad, your back is to the
15     wall you're painting, and your dad is to your
16     left?
17          A      Yes.
18          Q      Did you move your feet, at all,
19     while you were talking to your dad for the two
20     to three minutes?
21          A      Yes.
22          Q      Were you having any difficulty with
23     your footing for those two to three minutes
24     while you were talking with your dad?
25          A      No.
```

```
 1            Artur Sleszynski          162
 2      Q     That base that you had your
 3  accident on, how long was that base installed
 4  for prior to the accident?
 5      A     A couple of days.
 6      Q     That was installed by Pinnacle?
 7      A     Yes.
 8      Q     And you were involved in the
 9  installation; is that correct?
10      A     Yes.
11      Q     Were you the torch man or something
12  else?
13      A     Torch man.
14      Q     The overlap that was located on the
15  base coat on this roof, was that done properly?
16      A     Yes.
17      Q     You said earlier that there were no
18  other contractors on the site on the day of the
19  accident, on days prior, did you see any other
20  contractors for the three weeks that you were
21  there working on the roof?
22      A     No, just I saw maintenance guy once
23  walking by.  And a couple of days before, I
24  believe there was an AC guy, but I'm not --
25      Q     But the AC guy was unrelated to
```

```
 1                Artur Sleszynski              163

 2    your roof work, correct?

 3         A      No, no.

 4         Q      You said earlier, another company

 5    ripped the roof off, is that what you said

 6    earlier?

 7         A      Yes.

 8         Q      Do you know which company did the

 9    roof rip off?

10         A      They are called Turbo.

11         Q      Turbo?

12         A      Yes, Turbo.

13         Q      Were you guys onsite while they

14    were ripping?  In other words, was it done in

15    phases where say they rip one side and you guys

16    would put the membrane on?

17         A      Yes.  Myself and Ken, we decided

18    how much to rip, then we told the boss from

19    Turbo, and they ripped overnight.

20                In the morning, we came, we set up

21    a ladder, and just had to lay the new roof on.

22         Q      The project that you were at for

23    this one, it was about three weeks before the

24    accident, was that the first time you ever

25    worked at this building or had you done work
```

```
1                  Artur Sleszynski          164

2    there at other times?

3         A     I've done work there at other

4    times.

5         Q     What other work did you do at

6    building?

7              MR. LOCHNER:  Over objection, you

8         can answer.

9              THE WITNESS:  I did another roof.

10        Q     Another roof at that building?

11        A     Yes, similar to this one, just in

12   different wing of the building.

13        Q     Are you aware of whether or not if

14   this was phase one, phase two, or phase three of

15   the project; do you know?

16        A     I am not aware.

17        Q     The other project that you were on

18   at this building, how long did that project

19   last?

20        A     I can't recall exactly.  A month, a

21   month and-a-half.

22        Q     Did that project also involve

23   painting of the metal paneling?

24        A     Yes.

25        Q     The other project that you worked
```

```
 1                  Artur Sleszynski           165

 2      on before this, was the roof made up the same

 3      way where you had an angled roof that sloped up

 4      to where the metal panel was located?

 5          A     Yes.

 6          Q     Did you also paint the metal

 7      paneling on the prior project at this scene?

 8          A     Yes.

 9          Q     When you painted the other projects

10      metal paneling, did you do that while standing

11      on the base coat?

12          A     Yes.

13          Q     Did you have any difficulties, at

14      all, when you were working on the other project

15      prior to this one when you did that painting?

16                MR. BOWMAN:  Objection.

17                THE WITNESS:  No.

18          Q     Was the angle the same for the

19      roof?

20          A     Yes.

21          Q     Did you work at this building on

22      any other project, other than the one that you

23      were there for the day when you had this

24      accident and this prior one we just spoke about?

25          A     I was in charge of the guys during
```

1              Artur Sleszynski          166

2    that project that I had accident with, but then

3    like years before that, I also worked on the

4    roof, as well, on similar project, I was there

5    just working.

6          Q     Did you have any present physical

7    complaints, by that I mean things that are

8    bothering you about your knee in the past month

9    that you relate to this accident?

10         A     Can you clarify the question?  I'm

11   sorry.

12         Q     Do you have any complaints about

13   your knee presently, things that have bothered

14   you about your knee in the past month?

15         A     Yes, when the weather turns colder,

16   I have slight pain in the knee.  When I work

17   most of the time on my knees, bending, just

18   working on my knees.  When I stand up, my knee

19   is cracking, and for first couple of steps, I am

20   limping, but then it's okay.  If I ever have to

21   kneel and then stand up, it hurts.

22               Because the project on the roof is

23   half of the day, we lay out insulation, lay out

24   membrane.  After that, when we come back from

25   lunch, we do all the flashing, all the work is

```
 1              Artur Sleszynski         167

 2    done on knees.

 3         Q     Are you able to do that presently

 4    at Centimark?

 5         A     Yes.

 6         Q     You continue to do that at

 7    Centimark, you continue to lay insulation, you

 8    continue to lay base coats and flashing at

 9    Centimark?

10         A     Yes, we don't do the same system,

11    although we do similar work.

12         Q     Do you have to wear presently any

13    sort of brace on your knee when you work?

14         A     No.

15         Q     Do you wear any sort of knee pads

16    presently?

17         A     Yes.

18         Q     Did you wear knee pads before this

19    accident?

20         A     Yes.

21         Q     Like the strap-on Velcro pad?

22         A     Yes.  Just don't want to damage

23    your knee when you have to work like that.

24         Q     When you were working for Pinnacle

25    at the time of this accident, did you have any
```

```
 1                    Artur Sleszynski          168
 2      other source of income, other than your
 3      employment at Pinnacle, did you make any money
 4      anywhere else?
 5           A     No.
 6           Q     Does your wife work?
 7           A     Yes.
 8           Q     What does she do?
 9           A     She is a housekeeper.
10           Q     Did she work when you had this
11      accident, at Pinnacle?
12           A     No.
13                 (Off-the-record discussion.)
14      EXAMINATION BY
15      MR. BONIFATI:
16           Q     The material used for the roofing,
17      sir, who provided them?
18           A     Hayden ordered them through some
19      other manufacturing company, I don't know.
20           Q     It was Hayden that ordered them?
21           A     Yes.
22           Q     I may have missed something, but
23      the electrical equipment, who provided the
24      electrical equipment?
25           A     Us, Pinnacle.
```

```
 1              Artur Sleszynski            169
 2        Q     Hayden provided ladders, propane
 3   tank?
 4        A     Yes.
 5        Q     Anything else?
 6        A     Paint.
 7        Q     How about the paintbrush you were
 8   using?
 9        A     Paint bucket, brushes, sticks.
10        Q     Hayden provided all of that?
11        A     Yes.
12        Q     Was Hayden the company that you
13   mentioned before hired to remove the roof, what
14   was the name of that company?
15        A     Turbo.
16        Q     Were they a subcontractor of
17   Hayden?
18        A     Yes.
19        Q     They, too, were under Mr. Buckley's
20   supervision?
21        A     I guess not.  They worked
22   overnight, he was with us during the day.
23        Q     But they were a subcontractor of
24   Hayden?
25        A     Yes.  He told them how much to rip
```

```
 1              Artur Sleszynski          170
 2     and where to rip.  So, I guess, yes.
 3              MR. BONIFATI:  Okay.  I have
 4          nothing.  Thank you.
 5     EXAMINATION BY
 6     MR. LOCHNER:
 7          Q     Looking quickly at Defendant's G,
 8     is any of that in your handwriting other than
 9     the signature, that is the accident report, one
10     page?
11          A     No, just my signature.
12     EXAMINATION BY
13     MR. HENNESSEY:
14          Q     Was an ambulance ever called to the
15     scene?
16          A     No.
17          Q     Did you create any work records
18     with regards to your work at the site?
19          A     Work regards?
20          Q     Yes.
21          A     No.
22     EXAMINATION BY
23     MR. LOCHNER:
24          Q     In terms of time, how many hours
25     did you spend painting on that roof, where you
```

1                    Artur Sleszynski              171

2          were standing on the rubber base, on that angle

3          of the roof, before your accident happened?

4                  A      How many hours painting?

5                  Q      Yes, approximately?

6                  A      Three hours.

7                  Q      I am talking about in total, the

8          day before and day of?

9                  A      Oh, total, day before and day of,

10         sixteen hours just painting.

11

12         (Continued on next page to include jurat.)

13

14

15

16

17

18

19

20

21

22

23

24

25

```
1              Artur Sleszynski              172

2         Q    Did you have any slips or falls

3    during those prior sixteen hours?

4         A    No.

5              MR. LOCHNER:  I have nothing

6    further.  Thank you.

7              (Time noted:  2:46 p.m.)

8

9

10                       ARTUR SLESZYNSKI

11

12

13   Subscribed and sworn to

14   before me this      day

15   of               , 2013.

16

17

18        NOTARY PUBLIC

19

20

21

22

23

24

25
```

1

2                          I N D E X

3

4      WITNESS                EXAMINATION BY          PAGE

5      Arturo Sleszynski      Mr. Bonifati             6

6                             Mr. Hennessey           94

7                             Mr. Varvaro            122

8                             Mr. Lochner            142

9                             Mr. Hennessey          160

10                            Mr. Bonifati           168

11                            Mr. Lochner            170

12                            Mr. Hennessey          170

13                            Mr. Lochner            170

14

15

16                       DOCUMENT REQUEST

17      Production of green card                      95

18      Tax returns                                   97

19

20              INFORMATION TO BE FURNISHED

21      Name of doctor you saw at the clinic          45

22

23

24

25

```
 1

 2                        EXHIBITS

 3        DEFENDANT'S   DESCRIPTION                    PAGE

 4

 5     Exhibit A     Photographs                        73

 6     through F

 7     Exhibit G     Multi-page document               139

 8

 9                        RULINGS

10                     PAGE   LINE

11     None.

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
1                                                    175

2                          CERTIFICATE

3

4

5              I, SUZANNE MESSEMER, a Notary

6       Public within and for the State of New York, do

7       hereby certify:

8              That ARTUR SLESZYNSKI the

9       witness(es) whose deposition(s) is(are)

10      hereinbefore set forth, was(were) duly sworn by

11      me and that such deposition(s) is(are) a true

12      and accurate record of the testimony given by

13      such witness(es).

14              I further certify that I am not

15      related to any of the parties to the action by

16      blood or marriage; and that I am in no way

17      interested in the outcome of this matter.

18              IN WITNESS WHEREOF, I have hereunto

19      set my hand this 13th day of September, 2013.

20

21

22                     SUZANNE MESSEMER

23

24

25
```

| A | | | | |
|---|---|---|---|---|
| **able** 116:12 | 118:10,14,21 | 163:24 | 3:19 4:10,16 | 22:5,6 27:12 |
| 120:20 121:4 | 118:23 119:4 | 165:24 166:2 | 4:22 5:8 | 104:2 111:5 |
| 144:24 154:8 | 119:14,22 | 166:9 167:19 | **ahead** 11:9 | 111:11,12 |
| 167:3 | 120:2,7,10,18 | 167:25 | 113:7 122:18 | 121:3 164:8 |
| **Abruzzino** | 120:21,25 | 168:11 170:9 | **Ahearn** 2:8 | **answered** |
| 118:4,6,8 | 121:14,24 | 171:3 | 127:10 | 102:25 |
| **Absolutely** | 122:3,6,9 | **accommodate** | 142:17 143:3 | **Anya** 8:13 |
| 63:4 95:25 | 123:11,14,22 | 95:14 | **air** 105:9 | **anybody** |
| **AC** 76:11 | 124:5,12,17 | **account** 138:16 | **AL** 1:15 16:2,3 | 101:22 |
| 162:24,25 | 124:18 125:3 | **accurate** | 16:5,17 17:4 | 104:25 |
| **accident** 6:20 | 125:8,17,21 | 175:12 | 17:8,11,15 | 111:23 112:3 |
| 12:23 27:21 | 126:7 127:15 | **ACL** 49:8 50:8 | 22:23 23:8 | 116:22 |
| 27:22 28:4,8 | 127:24 | 50:10 | 24:13 25:24 | 127:19 |
| 29:4,9,25 | 128:22 | **Act** 11:7 | 26:2,3 59:20 | 130:20 |
| 30:22 32:13 | 129:21 130:7 | **action** 3:17 | 80:2 92:21 | **anymore** |
| 35:23 37:6 | 130:16,18,22 | 5:19 175:15 | **Albert** 1:14 | 121:16,20 |
| 38:11 39:25 | 130:25 131:6 | **actively** 24:24 | 2:23 123:25 | **anytime** 34:23 |
| 43:14,15,17 | 131:9,12,14 | 121:19 | 124:7 | 52:3 63:23 |
| 45:18 48:23 | 131:24 132:2 | **activities** 27:3 | **alcohol** 119:13 | 117:12 |
| 60:10,11 | 132:4,6,7,10 | 27:6 | **Alexander** 8:15 | **apart** 148:17 |
| 63:19 67:3,25 | 132:14,17,17 | **add** 9:7 | **allergies** 41:24 | **apartment** 7:14 |
| 68:3 69:25 | 132:20,21,23 | **addition** 3:12 | **alleviate** 40:17 | 18:8,9,12,18 |
| 70:4,14 72:23 | 133:5,7,11,17 | 5:15 | 64:9 | 18:20,21,24 |
| 74:10,13,15 | 133:21 134:5 | **additional** | **allowed** 158:18 | 18:25 19:2,4 |
| 75:16 82:25 | 134:13,20,25 | 114:13 | **Alright** 122:15 | 19:13 20:24 |
| 83:17,19 | 135:11,13,22 | **address** 6:13 | **altogether** | **apartments** |
| 87:11,16,17 | 135:25 136:6 | 9:15,25 12:24 | 159:23 | 18:13 19:20 |
| 89:15 92:25 | 138:10,15 | 17:25 18:16 | **ambulance** | 20:18 21:6 |
| 93:23 94:3,8 | 139:13 140:4 | 20:5,9,10 | 170:14 | **apologize** 95:7 |
| 95:4 96:9,13 | 141:9,10,14 | 21:3 22:2 | **Andre** 123:17 | **appears** 140:9 |
| 100:17 102:2 | 141:16 142:3 | 37:15 48:14 | 123:18,19 | **appointment** |
| 103:14 | 143:13 | 68:4 86:20,21 | **Andrezej** 16:14 | 46:18,19 |
| 104:22 105:6 | 145:21 146:5 | 118:16,19 | **and-a-half** 8:10 | **approximate** |
| 105:13,16,21 | 146:10,12 | **addresses** 22:3 | 60:24 87:3 | 124:5,10 |
| 105:24 | 147:7,24 | **adheres** 146:16 | 160:8,12 | 130:16 |
| 106:16,20,25 | 148:19,23 | **advised** 95:9 | 164:21 | **approximately** |
| 108:3,10,12 | 149:14,17 | **affiliated** 48:9 | **anesthesia** | 15:7 25:4 |
| 108:13,19,23 | 150:2,17 | **afraid** 121:17 | 53:22 | 47:6 48:24,25 |
| 109:2,5,8,24 | 151:18 152:5 | **afternoon** 6:19 | **angle** 104:4,12 | 56:14 61:8 |
| 112:19,20,21 | 152:10 153:4 | 94:23 122:22 | 145:10 | 69:19,24 70:2 |
| 112:25 | 153:6,8,13,25 | 142:16 | 165:18 171:2 | 70:24 71:4,13 |
| 113:11 | 154:4 155:7 | **agency** 10:6,7 | **angled** 144:6 | 79:4 85:12,21 |
| 115:22 | 157:4 158:10 | **ago** 23:15 | 165:3 | 85:22 100:15 |
| 116:21 117:2 | 158:13 | 64:12,13,15 | **ankle** 51:22 | 115:14 136:5 |
| 117:10,20,23 | 160:18 161:5 | 103:4 | 73:15,16 | 136:20,22,23 |
| | 162:3,4,19 | **AGREED** 3:4 | **answer** 16:9 | 171:5 |

**April** 24:4
157:14,15
**area** 78:10,16
81:15 87:24
108:11,13,14
128:21,21
130:3,7
143:17
147:20
148:19 150:3
150:5,9,18
**areas** 129:17
143:24
**arrested** 11:23
**arrived** 81:20
101:13
**arriving**
101:17,23
**Artur** 1:4,23
6:1,12 7:1 8:1
9:1 10:1 11:1
12:1 13:1
14:1 15:1
16:1 17:1
18:1 19:1
20:1 21:1
22:1 23:1
24:1 25:1
26:1 27:1
28:1 29:1
30:1 31:1
32:1 33:1
34:1 35:1
36:1 37:1
38:1 39:1
40:1 41:1
42:1 43:1
44:1 45:1
46:1 47:1
48:1 49:1
50:1 51:1
52:1 53:1
54:1 55:1
56:1 57:1
58:1 59:1
60:1 61:1

62:1 63:1
64:1 65:1
66:1 67:1
68:1 69:1
70:1 71:1
72:1 73:1
74:1 75:1
76:1 77:1
78:1 79:1
80:1 81:1
82:1 83:1
84:1 85:1
86:1 87:1
88:1 89:1
90:1 91:1
92:1 93:1
94:1 95:1
96:1 97:1
98:1 99:1
100:1 101:1
102:1 103:1
104:1 105:1
106:1 107:1
108:1 109:1
110:1 111:1
112:1 113:1
114:1 115:1
116:1 117:1
118:1 119:1
120:1 121:1
122:1 123:1
124:1 125:1
126:1 127:1
128:1 129:1
130:1 131:1
132:1 133:1
134:1 135:1
136:1 137:1
138:1 139:1
140:1 141:1
142:1 143:1
144:1 145:1
146:1 147:1
148:1 149:1
150:1 151:1
152:1 153:1

154:1 155:1
156:1 157:1
158:1 159:1
160:1 161:1
162:1 163:1
164:1 165:1
166:1 167:1
168:1 169:1
170:1 171:1
172:1,10
175:8
**Arturo** 173:5
**ascended**
112:22
**Ashforth** 1:14
2:23 123:25
124:8
**asked** 12:22
18:16 81:14
100:2 103:3
103:25
105:19
117:16
122:25 140:5
**asking** 6:19
95:3 111:2,6
**asleep** 38:5
**aspect** 65:19
**assigned** 11:15
**assume** 57:18
71:11
**attention** 32:25
41:2 47:4
130:2
**attorney** 6:17
74:18 133:15
**Attorneys** 2:3,7
2:14,18,23
**attorney's** 9:3
45:11 78:7,24
**August** 58:20
**available** 79:20
101:11
**Avenue** 2:19
18:4 31:10
36:18,21,24

37:4,7 41:17
87:19,19
**average** 60:18
159:22
**aware** 105:7,10
110:2 149:16
149:18 150:8
152:23
155:23
164:13,16
**awhile** 30:12
30:15,15
45:21 55:12
116:14
122:14 154:8
154:15
**A-L** 16:2
**A-N-D-R-Z-...**
16:14
**A-N-Y-A** 8:13
**a.m** 1:20 67:5,6
67:7 101:14

**B**

**B** 1:14 2:23
75:11 76:2
80:23 104:10
123:25 124:7
143:18,21
**back** 15:22
17:21 21:15
25:7 34:24
50:24 56:20
58:10 59:24
63:16 81:4,10
93:5,25
117:19
131:12 135:3
135:9 150:2,5
152:11
161:14
166:24
**bar** 3:15 5:18
**Baruch** 14:15
15:15
**base** 70:13,13

70:19,21
82:15 84:14
84:15 85:2
100:22
107:12,15
109:23 110:3
110:5 115:12
115:15,18
127:25,25
128:4,7,9,20
129:3,13,17
133:9,19,22
134:5,22
145:20 146:3
146:5,15,16
146:17
147:16,21
148:23
149:14,17
150:9,18,21
150:22,25
151:9 162:2,3
162:15
165:11 167:8
171:2
**based** 102:15
146:18
**basic** 55:7
**Basically** 70:23
**basis** 11:2
**beams** 121:8
**bed** 38:18
40:13
**began** 24:12
61:14,19
62:22,22 63:4
67:4 71:7
**begun** 4:4
**behalf** 95:3
**believe** 31:8,18
32:9 45:2
56:7 68:18,21
87:19 88:17
89:25 101:13
107:10 114:3
152:13 155:4

160:17
162:24
**belongings**
138:4,8
**belt** 131:8
**bending** 166:17
**bends** 51:23
**benefits** 158:14
158:14,15,18
158:22 159:7
**best** 78:18,19
88:25 89:5
122:24
**better** 39:12,16
55:15 76:7
78:12 80:9
154:9
**between(amo...**
3:5,20 4:11
4:17,23 5:9
**bicycle** 55:10
**Big** 123:21
**bigger** 126:20
**bike** 55:12
**Billerica** 57:10
**bills** 139:6
**birth** 10:12
96:4
**bit** 84:5 85:9
87:6 121:19
148:4 151:15
**black** 82:16
83:23 128:16
**blank** 9:4
45:12
**bleed** 115:21
**blood** 175:16
**boards** 101:4,8
101:10
119:11
**body** 29:15,17
65:7 86:5
94:4 142:10
**Bonifati** 2:21
6:9,17 10:17
10:20,24 11:4

11:8 47:18
66:13,17
75:20,24 76:6
94:15 168:15
170:3 173:5
173:10
**books** 159:17
159:24
**boots** 73:7,8,9
73:11
**born** 12:19
58:17 137:13
**boss** 88:24
163:18
**Boston** 94:11
**bothered**
166:13
**bothering**
166:8
**bottom** 76:4,14
84:2,18 104:8
129:2 130:12
140:9 145:10
155:10
161:11
**Boulevard** 1:18
2:23
**BOWMAN** 2:5
10:16,18,22
11:3,6,9 16:8
22:5 47:22
76:25 78:11
78:21 95:25
97:11 100:2
102:25
103:25 104:7
105:17
110:21,25
111:6,10,13
120:17
142:24 143:8
165:16
**box** 106:19,24
106:24
**brace** 44:4 51:8
51:18,20,22

115:7,8,9
167:13
**brackets** 101:4
101:8,10
118:25 119:5
134:7
**BRANDMAN**
2:7
**brands** 128:22
128:23
**break** 45:19
66:14,15
95:10
**Breaking** 11:23
**Brick** 57:7,8,9
**Bridge** 68:13
68:15
**bring** 26:16,18
81:14,22
145:3
**bringing** 24:16
24:16
**brings** 11:4
**broken** 116:15
154:16
**BROOKLYN**
2:4
**brought** 95:2
145:16,18
**brush** 108:17
144:19,21
**brushes** 169:9
**bucket** 150:12
150:14 169:9
**Buckley** 27:24
28:2,25 88:12
90:18 92:5,7
92:13,17,24
103:16
124:12,16,22
125:2,8,16
153:25 154:4
**Buckley's**
169:19
**building** 1:8
2:14 18:4,8,9

18:13,18,21
18:22 68:4
71:2 75:7
76:18 94:25
163:25 164:6
164:10,12,18
165:21
**buildings** 18:12
**burn** 145:24
**business** 17:7
17:25 18:12
18:14 19:22
21:21 138:16
142:20 143:4
**BY:BREND...**
2:16
**BY:CHRIST...**
2:11
**BY:KELBY**
2:5
**BY:WILLIA...**
2:21
**B-U-C-K-L-...**
28:2

---

**C**

C 2:2 70:13
76:7,8,21,22
77:19 78:11
78:15 128:24
**call** 34:8,8
35:13 95:23
128:4 153:5
153:22
**called** 6:2 10:6
15:21,23
71:25 83:5
88:25 98:9
117:7 123:25
153:8,9
163:10
170:14
**calling** 128:5
**cap** 70:20 83:6
83:7,12
100:22 133:9

**capabilities**
87:9
**car** 67:15 68:13
95:14 101:19
102:22
**Carasucia**
71:24 72:4
**card** 95:21,24
173:17
**care** 61:4
**carrying** 131:6
**case** 56:11
123:24 129:8
153:2 158:3
**cash** 53:12
159:19,21,24
**cause** 118:22
**caused** 30:7
82:4 84:23
147:23
149:22,24
154:21
**cellphone**
34:14,18
**center** 43:4
48:13 50:20
145:12
**Centimark**
56:25 57:3,12
57:19 58:22
158:8,21,22
159:2 160:10
167:4,7,9
**certain** 24:4
82:17 84:3
**CERTIFICA...**
175:2
**certificates**
98:4
**certification**
14:24 88:16
89:2
**certifications**
14:23
**certified** 14:25
**certify** 175:7

175:14
**cetera** 27:6
58:23
**change** 22:9,12
22:13,17,19
**changed** 21:25
22:8,11,21
25:23 26:5,11
96:12 101:20
102:23
**charge** 5:6
165:25
**check** 53:12,14
105:9
**chemically**
83:10
**child** 37:19
137:13
**children** 8:9
12:19
**circle** 79:2,3,6
**circled** 144:7
**citizen** 12:11
12:15 95:19
**CITY** 2:20
**claim** 135:10
**claims** 156:12
156:13
**clarify** 11:22
18:14 20:21
38:25 47:9
48:10 63:3
77:3 97:19
105:7 112:7
113:6 114:9
120:16 121:3
134:15 142:7
159:16
166:10
**class** 13:14
**classes** 98:21
99:13,16
**clean** 69:10
70:23
**Cleanup** 24:15
**clear** 7:8

**clinic** 31:5,7,8
31:17 32:5,11
32:12 44:24
44:25 45:2,9
46:14 135:5
142:11 157:7
173:21
**close** 91:14
95:12
**closest** 81:2
**cloth** 128:8
**clothes** 101:21
102:23 103:6
**clouds** 79:12
**cloudy** 79:10
85:2
**coat** 151:9
162:15
165:11
**coats** 167:8
**Cohen** 48:16
**cold** 40:24 55:4
63:15 65:10
65:12,15
142:5
**colder** 146:8
166:15
**colleagues**
94:17
**college** 14:12
14:15 15:15
**color** 78:5
83:22 128:16
**Columbia**
73:11
**Columbus** 1:8
1:10 2:19
68:7,8,23
69:16 75:8
100:14 101:3
105:2
**come** 17:3
24:23 25:16
66:7 111:24
112:11
123:19,21

125:4,4
166:24
**comes** 83:12
**coming** 94:8
113:2 147:15
**commercial**
59:4,7,8
**common** 28:12
133:25
**commute** 58:10
**Comp** 47:21,23
60:4 157:17
157:24
**company** 23:17
24:6 58:3
60:13 67:15
67:16,17
88:24 123:25
124:20 127:9
127:18
134:19
138:17
142:18,22
143:9 159:5
163:4,8
168:19
169:12,14
**company's**
19:5 33:18,19
**compared**
62:25
**compensation**
53:4,7,19
56:8,11 74:18
135:10
152:19 158:4
**complained**
46:6
**complaints**
42:13 43:23
109:17 157:4
166:7,12
**completed**
70:15
**completely**
53:23

**completion**
56:19
**compress** 40:24
55:4,5 63:15
65:10,12,15
**concentration**
14:16
**concerning**
6:20 23:20
66:21,24
**condition** 54:2
110:19,24
111:9 150:25
**conditioning**
105:9
**conditions** 79:8
109:14,19
112:16
**conduct** 5:12
88:7 92:13
**conducted**
18:12 19:22
92:17
**confirm** 108:18
**connected**
124:7
**connection**
120:9 135:11
**Connor** 31:18
**consciousness**
107:20
**considered**
142:4
**construction**
15:19,24 16:2
16:2,3,6,17
16:20 17:4,8
17:8,12,16
18:2 21:21
24:13 25:21
73:10 89:24
105:4 126:18
**consume**
119:13
**contact** 23:7,11
155:19

**continue** 33:11
102:9 167:6,7
167:8
**Continued**
171:12
**continues**
143:25
**contract** 89:25
**contractors**
88:3 162:18
162:20
**control** 40:17
64:10
**controlled** 4:8
**conversation**
82:7
**convicted**
11:21,24
**CONWAY** 2:7
**cool** 146:11
**copy** 4:24 11:8
**cord** 77:8
**CORPORA...**
1:8 2:14
**correct** 26:5
60:22 62:20
62:21 76:4
91:4 95:17
99:25 101:15
104:10,18
106:3 107:5
107:12
108:20 114:5
115:12
118:14 128:2
133:19 134:2
136:17
137:15
141:15
144:10
150:21
151:10
152:19
160:19 161:2
162:9 163:2
**counsel** 3:5,20

4:6,11,17,23
5:5,9 95:9,13
120:12
**counsel's** 95:6
**country** 12:3,8
12:20
**COUNTY** 1:3
**couple** 41:3
45:6 49:18
74:14 82:22
86:9 95:3
102:6 109:25
115:16,18
122:23
136:14 137:3
141:18
148:20
154:14
155:14,24
162:5,23
166:19
**course** 55:19
55:23 101:5
**COURT** 1:2
**cousin** 17:5
58:2
**cousin's** 58:11
**coverage**
158:23
**covered** 69:9
**crack** 155:18
**cracking**
155:13
166:19
**crawl** 101:4,8
101:10
119:11
**crawling** 121:8
**create** 110:5,9
147:11
170:17
**created** 110:12
**crew** 36:22
70:6 104:17
**crime** 11:21,22
**crossing** 36:19

**crutches** 44:5
51:13,16,24
136:3,6,12,13
136:20,25
137:4,5,8
**Cuibula** 9:8
**current** 6:13
60:17
**cut** 77:7 156:17
**C-E-N-T-I-...**
57:3
**C-O-H-E-N**
48:19
**C-U-I-B-U-L...**
9:8
**C.P.L.R** 3:9
4:7,14 5:11

**D**

**D** 76:13 78:15
80:13 82:24
83:5 85:15
104:7,8 173:2
**dad** 86:17
130:7,11,18
130:21,24
132:18,24
161:5,14,15
161:19,24
**damage** 151:7
167:22
**dangerous**
109:14
110:19,24
111:9 112:16
**date** 10:12
21:10 32:23
56:16 66:19
67:2 69:19
70:14 83:17
83:19 100:17
102:2 103:13
104:21 105:5
105:13,20
106:19 113:3
113:11

119:14,22
120:2 131:24
131:25 133:4
133:6,17,21
134:20,24
**daughter** 8:11
58:17
**daughter's**
8:12
**day** 26:22 28:7
28:8,20,21
29:7 33:3,24
34:21 35:14
36:9 39:17,18
39:24 40:4,8
40:10,14,22
42:25 46:5,13
46:24 49:14
49:17 54:18
67:4 68:24,25
71:10 73:4
74:11,12,12
74:13,14 79:8
88:3,5 90:5,6
90:7,12,13,14
91:8,23 93:6
93:13 94:12
96:13 102:13
103:18,19,20
103:21
104:17
105:16 106:6
106:11 108:3
109:24
112:19
116:23
117:11
143:15,16
144:10,13,15
144:17
146:10
148:12
149:14
153:22 154:5
157:5,6
162:18

165:23
166:23
169:22 171:8
171:8,9,9
172:14
175:19
**days** 25:6,9,12
25:12 28:17
30:16,17,20
41:3 45:6
49:18 52:7,24
74:15 90:8,15
93:18,23
106:9 109:25
115:16,18
124:21
136:15 137:3
141:18
158:20 162:5
162:19,23
**debris** 108:8
**December**
10:13
**decided** 151:4
163:17
**deck** 70:9
**decking** 70:8
**decreased**
157:22
**deemed** 4:6
**Defendant** 2:14
2:18
**Defendants** 1:9
1:16 2:7
**Defendant's**
73:18,23 75:5
76:2,8 77:5
77:18 78:15
79:15 80:12
80:23 81:3
82:23 104:5
139:21,25
141:8 143:22
145:9 170:7
174:3
**degrees** 104:15

**DELORENZ**
2:3
**demand** 97:10
**demands** 96:3
**dependent**
160:4
**depends** 27:23
148:12
**depict** 77:12
78:16
**depicted** 75:5
75:11 76:23
77:2,20 82:23
83:5 143:17
144:7
**deposition**
138:20,22,25
**Depositions**
5:12
**deposition(s)**
175:9,11
**descended**
112:22
**descending**
113:2
**descent** 26:24
**describe** 21:22
87:6 132:11
146:4 147:10
155:25 156:8
**described** 38:9
85:23 127:16
129:11
133:10 134:8
139:14 140:5
154:7,10,23
154:25
**DESCRIPTI...**
174:3
**device** 31:13
**devices** 118:22
118:23,24
**Dicker** 2:13
94:25
**difference**
129:16

**different** 83:20
113:17
134:18
164:12
**differential**
147:11,13,14
147:19,20
**differently**
15:22
**difficult** 149:10
**difficulties**
32:19 165:13
**difficulty**
161:22
**dinner** 38:15
**directing** 111:4
130:2
**direction** 161:8
**directions**
58:24
**directive**
102:16
**dirty** 151:6
**disability**
156:13,13,14
**discharged**
157:7
**discontinued**
55:25 56:2
**discovery** 96:2
**discuss** 44:7
**discussion**
19:19 41:10
73:21 78:13
94:20 168:13
**disposed** 70:7
**distance**
130:16
131:21
**doctor** 30:13
30:25 31:4,17
33:3 41:11,12
45:8,14,16,17
46:4,5,8,14
47:11,12
63:12 135:5

141:23 142:4
142:5 157:4
173:21
**doctors** 66:20
66:24 135:14
139:10,11
152:21
**document**
139:22,25
173:16 174:7
**documents**
139:2
**doing** 69:3 70:3
72:19,20
92:10 142:20
143:4
**dont** 153:10
**door** 49:13
76:11
**Dr** 31:18 48:6
49:4 50:2,21
50:22 52:2,8
61:4,7 74:16
156:25
**dried** 103:11
**drink** 87:12
**drinking** 87:10
**drive** 13:3 42:9
93:14 158:19
**driving** 93:20
**drop** 66:11
**dropped** 37:3,9
**drove** 36:14
37:11 42:10
42:11 43:9
65:23,25
67:12 93:9,11
93:24,24
137:12
**duly** 6:3 175:10
**duties** 24:14
26:15 58:23
121:4
**duty** 81:12
**D/B/A** 2:8

**E**
**E** 2:2,2 6:2
76:19,23,25
77:2,5,24
78:16,21
79:16 81:3
82:24 83:5
130:3,8
143:22 144:7
144:22 145:9
173:2
**EARLE** 2:23
**earlier** 95:10
110:15
127:23 128:5
129:12
133:10 134:8
135:18
139:14 140:5
141:13
146:21
157:16
162:17 163:4
163:6
**earn** 138:12
**ears** 131:18
**east** 2:15 80:18
**eat** 38:16
**Edelman** 2:13
94:24
**edge** 80:10
81:11 85:17
85:19
**education** 13:9
13:13,19
**effect** 95:9
131:24
**eight** 28:24
90:12 144:12
**eight-hour**
25:12
**either** 146:7
**elapsed** 48:23
**electrical**
168:23,24
**elevated** 25:17

**Elser** 2:13
94:24
**else's** 140:13,16
**emergency**
33:4 43:21
141:21
**employed**
15:15
**employee** 22:18
**employees**
104:20,21
125:23
127:19
**employer** 79:22
**employment**
24:12 100:8
100:11 168:3
**engage** 27:5
121:14,15
**engaged** 24:24
60:3 106:5,16
**English** 98:19
148:9
**entire** 144:3,5
**entirely** 151:3
**entitled** 97:12
**entity** 104:25
142:17
**entrance** 75:7
76:11
**equipment**
80:3 90:23
91:10,17
99:17,21
125:22,24
126:8 127:4
127:15,17,18
144:19
168:23,24
**Eric** 48:6,7
**errors** 118:18
**especially** 85:4
148:14
**ESQ** 2:5,16,21
2:25
**et** 1:15 27:6

58:23
**evening** 29:7
**eventually**
113:10
**everyday** 55:10
64:23 124:19
**exact** 48:14
**exactly** 16:24
20:21 30:19
38:2,2 40:6
47:5 93:22
103:9 116:5
157:15,20
164:20
**examination**
1:22 5:15,17
6:8 94:21
122:20
142:14
160:23
168:14 170:5
170:12,22
173:4
**examination(s)**
3:12,15,21,25
4:5,12,19 5:4
**examined** 3:23
6:5 46:9 49:7
**example**
144:22
**exercises** 55:12
**Exhibit** 75:5,11
76:8 77:18
79:16 80:13
82:24 85:15
104:6,8,10
130:3,8
139:21,25
140:9 141:9
143:18,21
144:7,22
174:5,7
**Exhibits** 73:18
174:2
**Exit** 68:18,19
91:14

expenses
  120:25
experience
  17:13 64:22
  65:6 146:2
experienced
  32:14 64:10
experiences
  22:18
experiencing
  38:23 39:2,9
  40:18 55:17
  61:15,21
  62:19,23 63:7
extended 28:18
  28:22,23
extension 77:8
extent 13:12
  62:25
extra 138:12

**F**

F 73:19,23
  76:16,24
  174:6
facility 49:12
  49:13
facing 80:5,8
  80:10,11
  161:8,8,11
fail 119:20,24
  120:3
failed 7:7
failure 3:13 4:4
  5:16
fall 32:20 72:11
  77:9 84:23
  86:4 114:8,11
  115:8,9 146:7
  147:23
  149:22,24
  154:22
  160:25
fallen 29:10
  116:10
falling 119:3

131:2
falls 172:2
familiar 73:25
  88:2 89:13
family 137:17
  137:22,25
  142:4
family's 138:3
far 24:21 82:24
  85:11,13,17
  87:23 114:8
  114:11,12
  116:18
  127:13
  131:21
  149:19
fastenings
  109:11
father 71:16
  72:14,15
  81:13,20 82:7
  86:15 87:21
  107:2,3 116:8
  116:16
  129:21 145:2
  154:17
  160:17
father's 82:3
feel 55:14
  65:18
feet 85:14,18
  85:21,22
  114:4,8,12,14
  116:20
  130:19,21
  161:18
fell 36:3 38:5
  39:10,11
  72:17 77:13
  77:19 78:10
  78:17,23 80:5
  85:5,7,20
  86:3 107:21
  114:4,10,18
  114:19,24
  116:4 146:20

148:5,6 150:3
  150:6,10,18
  153:14,16,19
  154:13,19
  155:8,12
felt 155:7
female 41:14
  41:15
fifteen 85:14,21
  85:22 114:4,7
  114:14,15
Fifty-three
  86:19
filing 4:18
fill 117:17,20
  140:6
filled 117:23
fine 30:13
  45:18,21
  157:8
finished 61:12
  61:20 62:18
  66:18 77:10
fired 59:25
  60:2,5,7
  87:12
Firm 94:24
first 6:3 13:14
  16:9 20:24,25
  25:7 39:8
  40:25 41:8
  43:19 46:14
  47:25 48:3
  49:3 55:3,6
  55:11 106:6
  113:2 114:18
  114:19 115:5
  132:12
  136:14 137:2
  146:19,23
  147:5 148:10
  152:11 153:5
  153:7,11
  154:3 155:6,7
  155:8,12
  163:24

166:19
five 25:6 71:14
  81:24 93:23
  96:18,21
  124:21
flags 111:25
  112:12
flash 84:4
flashing 70:22
  72:20 77:8
  143:18,22
  145:5,10
  166:25 167:8
flat 76:15
  150:23
  151:20
  155:10 160:7
  160:9
floor 2:23
  19:16,18,21
flooring 78:8
flu 142:6
flush 84:11
foam 70:8
focusing 67:2
folks 126:8
follow 58:24
following 54:20
  148:7 152:4
follows 6:6
followup
  122:23
follow-up 32:6
  32:8 52:6
  94:17
foot 82:19 84:5
  86:10,11,12
  86:13 107:11
  107:15
  114:12,22
  146:19
footing 161:23
foreman 17:6
  25:17 26:9,10
  26:12,14 27:9
  27:17,18 28:5

57:23 58:2,25
  88:11 90:20
  102:5 112:2
  124:24
foremen 89:11
forklift 126:19
form 3:10 5:13
  110:21 111:7
  140:12 141:8
former 23:16
forth 58:10
  175:10
forward 86:9
  114:22
found 146:4
four 10:16,18
  11:10,11
  28:17 86:19
  93:23 110:15
  124:21
  141:22
four-wheeler
  126:19
FRANKLIN
  2:19
frequency
  124:15
Friedman 2:18
  6:18
friend 123:7
  138:9
friends 138:5
front 76:17
full 6:10 25:12
  59:9 143:3
FULTON 2:4
furnished 5:4
  173:20
furniture 138:8
further 3:19
  4:10,16,22
  5:8 94:16
  142:12 172:6
  175:14
future 66:23

September 13, 2013

Page 183

## G

G 139:21,25
140:9 141:9
170:7 174:7
**gang** 106:19,24
**GARDEN** 2:20
**GC** 89:19,20
89:22
**general** 53:22
**getting** 17:3
39:12 53:18
59:12 158:4
**give** 10:23
23:19 31:13
44:13 95:13
100:7,10
102:11
103:16
117:19 143:2
**given** 28:15
51:8 175:12
**glasses** 131:20
131:24,25
132:3
**glue** 70:9
**go** 11:9 17:21
28:3 30:21,24
33:3,8 34:24
37:13 41:4
42:22,25 46:9
46:24,25 47:8
47:13 49:10
50:13 52:22
56:20 59:24
83:25 92:11
101:20 107:4
113:7,8
121:20,20
122:18
130:11 135:5
145:3 150:2
157:8
**goes** 82:19,25
**going** 10:24
34:24 73:22
75:4,10 81:16

81:17,22
82:17 95:3,5
102:10 105:5
113:19
122:16,23
130:11 135:4
148:16
**Good** 94:23
122:22
142:16
**GOREN** 2:7
**grab** 115:7
**gradually**
55:15
**graduate** 14:3
14:10
**granules** 146:8
**great** 79:6
**green** 95:21,24
173:17
**Greenpoint**
26:21 31:6
36:16 41:6,18
87:18,24
135:4 142:11
**Gregory** 9:8
23:12
**ground** 81:15
108:9 114:18
114:20,20
115:5,25
116:2 126:21
**guess** 22:4 72:5
76:22 128:19
169:21 170:2
**guns** 126:3
**guy** 105:8
162:22,24,25
**guys** 26:16,19
37:3,5 71:23
71:23 72:8
93:9,14,20
102:6 103:8
122:17
158:19
163:13,15

165:25
**gym** 121:20,20
121:21
122:12

## H

H 2:18
**half** 69:21
166:23
**Halina** 41:9
**hand** 175:19
**handled** 134:23
**hands** 107:23
115:8,8
**handwriting**
140:12,13,14
140:17 170:8
**happen** 121:17
**happened** 28:8
29:4 30:3,10
35:24 36:4
38:10 39:18
39:25 43:25
72:23 82:13
106:25 117:8
127:23
132:21 154:7
154:11,23,25
171:3
**happening**
149:2
**happens**
112:10
**happy** 6:23 7:2
**harness** 91:22
91:24 92:3
119:2
**harnessed**
79:16
**harnesses**
79:19,23
90:23 100:4
119:8 134:8
**hatch** 113:12
113:12,18,20
116:17,19

**Hayden** 1:8
2:14 88:21,23
89:8,10,11,13
89:17,24 90:3
90:4,19,22
94:25 105:12
105:16,20
117:17,18
124:12 126:7
127:3,16
145:14,16,18
160:15
168:18,20
169:2,10,12
169:17,24
**Hayden's**
89:25 90:20
**hazardous**
109:19
**heads** 95:13
**health** 158:14
159:3
**healthcare**
66:20 135:6
135:15
**hear** 6:25 127:9
143:8
**heard** 142:18
142:22
155:13,18
**heat** 55:5
**heated** 129:3
**heavy** 73:9
**height** 96:8,10
147:11,13,19
**held** 66:15
**help** 40:16
53:25 64:9
81:22 154:16
**helped** 54:24
116:6,9,16
117:24,25
138:5
**helper** 24:17,18
24:19
**helping** 24:16

25:3
**Hennessey**
2:16 94:22
95:23 97:9
105:19 111:4
122:15
160:21,24
170:13 173:6
173:9,12
**hereinbefore**
175:10
**hereto** 3:6,21
4:12,18,24
5:10
**hereunto**
175:18
**high** 13:14,16
13:19,23,25
14:5,6
**high-top** 73:14
**Hill** 57:8
**hire** 138:2
**hired** 169:13
**hit** 45:19 82:21
85:6 114:23
115:4 155:12
155:21
**hits** 85:2
**Holden** 6:15
**holes** 156:18,19
**holidays** 159:8
**Holtzman** 2:8
127:10
142:17 143:3
**home** 8:20 33:8
37:14,15,17
37:22,24 38:9
39:5,6 40:11
45:7 46:25
47:2 67:17
125:12 152:2
154:18
**homeless** 86:23
86:24 87:2,5
**Homestead**
6:14 7:12,13

8:16
**hoses** 126:4
**hospital** 30:21
33:4 42:22
43:3 44:6,23
135:6 139:7
141:15,16,19
**hot** 145:25
146:6,11,13
148:2,11
**hour** 59:13
**hourly** 151:20
151:21
**hours** 28:23
33:25 59:10
60:16,19
64:24,25 65:3
65:5 90:12
119:14,21,25
141:22
143:16
144:12,13,14
148:20 160:4
170:24 171:4
171:6,10
172:3
**house** 7:14,16
**housekeeper**
168:9
**Humanities**
14:6
**hurt** 29:14
32:22 34:9
35:4 38:8,12
43:24 94:4
**hurts** 63:25
64:3,4 121:10
166:21
**Hutchinson**
68:20
**Hyde** 43:6
**hyphen** 41:7
**H-A-L-I-N-A**
41:9

_____
**I**

**identification**
73:20 139:23
**illegal** 119:16
**immediately**
54:19 63:6,8
152:4
**immobilize**
31:14
**inch** 70:11 84:6
84:8,9 147:12
**inches** 84:7
156:23
**incident** 9:19
29:15 30:11
30:18 31:22
32:2,7,25
33:6
**include** 45:14
171:12
**including** 3:9
5:12 71:12
**income** 168:2
**incorrectly**
143:5
**incur** 120:24
**Index** 1:6,13
**indicate** 45:8
79:15 145:3
155:3
**indicated** 18:17
30:24 81:2,2
85:20 88:15
89:7 157:16
**indicating**
77:23 78:20
80:13,23
81:21 85:14
145:6,8
**individual**
16:11 35:9
**individuals**
72:10 110:15
**information**
23:19 118:13
173:20
**initial** 61:10

155:19
**initially** 86:4
**initials** 79:3,5
**initiated** 12:10
**injured** 29:19
63:2 120:17
135:3,9
153:15
**injuries** 120:10
120:15
**injury** 53:6
**installation**
25:4 162:9
**installations**
27:6
**installed** 70:20
92:12 100:20
100:21 162:3
162:6
**installing** 24:21
24:24
**instruct** 106:14
**instructed**
103:22
**instructions**
88:12,13
102:12
103:17
**insulation** 59:2
70:8,10,11
100:21
166:23 167:7
**insulations**
59:2
**insurance**
159:3
**intend** 12:13
**intended**
146:25 147:6
**interested**
175:17
**interpretation**
44:8 50:4
**involve** 88:19
164:22
**involved** 6:21

29:9 88:20
89:13 162:8
**involvement**
89:18
**involves** 121:8
**iPod** 131:15
**Island** 43:4
98:17 141:15
**issues** 88:20
**is(are)** 175:9,11
**I/S/A** 2:9

_____
**J**

**J** 2:16
**Jamaica** 1:19
**Jarek** 71:20
**Jersey** 89:2
**Jewish** 43:4
141:15
**Jimmy** 72:5
**Jimmy's** 72:6
**job** 15:9,12,13
17:4 24:13
25:16 26:14
26:16,19
27:12,20,23
28:3,6 29:2
36:9 38:8,10
57:25 58:22
61:19 63:5
65:20 70:5,6
79:20 89:3,12
89:14,19 90:4
90:11 91:3,4
91:5,7,16,23
92:3,10 93:4
93:5,9,14,21
98:16 99:11
99:14,18,21
100:14 101:3
101:11,14,18
101:23
104:17
105:13 106:6
106:7 109:14
109:18,18,20

110:20,24
111:9,16
112:16,21
115:17
123:10,13,19
123:21 124:4
124:11,13,16
124:22,24
125:2,8,14,16
125:18,21
126:2,4,6
127:14
128:24 134:4
134:6,11
138:12
144:17 146:2
**jobs** 91:6
133:22
134:23
**jog** 121:19
122:5
**jogged** 122:8
**jogging** 121:22
121:23
122:13
**JOSEPH** 2:25
**judge** 10:22
**July** 21:11
58:13 65:13
**June** 65:13,13
**jurat** 171:12
**J-A-R-E-K**
71:21

_____
**K**

**K** 6:2
**Karolina** 1:4
8:4
**keep** 74:23
119:3
**Ken** 27:23 28:2
34:9,15,16
88:12 90:18
90:19 103:16
124:12,16,22
125:2,8,16

153:22,24,25
154:4,19,21
155:3 163:17
**kept** 27:22
102:10 103:7
**kids** 7:23
**Kiln** 57:7,9
**kind** 31:23
51:20 70:9
73:8 79:9
83:10 85:3
99:3 114:22
125:9 128:14
145:25
147:25
148:25
158:15
**kinda** 73:10
85:5
**Kingston** 87:18
87:19
**knapsack**
131:11
**knee** 29:18,20
30:11 31:14
32:15,23 35:4
36:4 38:13,24
39:3,9,22
40:24 41:2
42:16,18
43:24 45:17
46:9 49:22
50:4 51:8,18
51:23 55:5,6
55:14 61:15
61:22 62:20
62:23 63:2,7
64:11 65:7,10
65:12,15,18
66:21,24 85:6
86:4,6,7,8
94:5,6 114:23
115:4 120:15
120:18
121:10,11,18
135:3,7,9,16

135:19 136:2
141:24
153:15 154:9
155:8,13,14
155:21 156:2
156:6,16,17
156:18,19
166:8,13,14
166:16,18
167:13,15,18
167:23
**kneel** 166:21
**knees** 121:9
166:17,18
167:2
**knew** 58:2
115:13
**knock** 53:23
**know** 9:2 10:25
16:22 17:16
19:12 21:20
22:4,6,15
23:4,23 24:3
31:9 45:22
51:21 71:25
72:6 74:3
87:23 92:15
92:22 95:11
98:11,14
101:25 102:7
102:8,9
105:11 117:7
128:10,15
130:24 140:2
140:17
145:14,23
149:23
157:18 159:5
163:8 164:15
168:19
**known** 11:18
16:19 104:25
142:17
**Kretowcz**
19:10 60:6
117:3,6,16

123:7
**Kretowicz**
20:17 35:7
**K-E-N** 28:2
**K-I-L-N** 57:9
**K-R-E-T-O-...**
19:10
**K-R-E-T-O-...**
35:8

---

# L

**L** 2:21 6:2
**LA** 15:24,25
**laborers** 26:22
26:23
**lack** 118:22,23
**ladder** 71:3
80:10,11,13
80:24 81:17
82:11 101:20
107:4,9,10
108:19,22
112:22 113:5
113:8,9,13,17
113:21,23
127:6 132:8
147:2 160:14
161:11
163:21
**ladders** 102:23
169:2
**land** 114:16,20
**landed** 115:2
**landlord** 10:5
**language**
148:10
**lap** 85:5 115:18
**laps** 85:4
148:14
**law** 2:3,7,13,18
2:22 6:17
11:23 94:24
**lawsuit** 9:20
11:5 31:23
32:14 95:2
**lawyer** 47:12

47:12,13 60:4
74:24,25
117:24,25
141:2,6
**lawyers** 47:23
140:21
**lay** 40:13 58:25
84:11 163:21
166:23,23
167:7,8
**layer** 70:11
77:16 82:15
82:17,18
84:14,16
151:7,8
**laying** 59:3
**leading** 145:11
**leads** 104:9
**leak** 84:21
**Leaning** 80:15
80:16
**lease** 18:24
**leased** 18:21,23
**leave** 9:4 45:12
151:5
**leaving** 34:23
36:9
**left** 15:15 34:20
36:11 70:17
82:21 85:6,7
86:3,10
114:24 115:2
130:13
161:12,16
**leg** 31:14 44:4
45:19 54:25
55:5 82:21
122:13
154:15
**legs** 55:4,13
149:9
**Lenczewski**
16:14,15
123:17,18
**let's** 70:23
**level** 13:9 72:21

126:25
127:25
**license** 98:7,9
98:12,15,18
98:20,22,25
**licenses** 98:4
**lie** 157:21
**liens** 152:22
**life** 121:13
**lift** 126:15,21
126:24,24
**ligament** 46:11
49:9 50:8,10
50:14
**light** 151:11
**lighter** 151:9
**LIJ** 43:11 51:9
141:16
**limited** 28:19
**limping** 42:16
166:20
**LINE** 174:10
**lines** 79:17,20
79:23 111:20
**list** 118:21
**listed** 110:15
**listen** 131:15
**listening** 108:5
**little** 48:25 84:5
85:9 87:6
121:19 148:4
151:9,15
156:20
**live** 6:14 13:2
19:2 86:22
**lived** 17:22,23
19:4
**lives** 17:16
**living** 9:11,24
12:23 58:4
87:15,18
**LLC** 1:8,10
2:19
**LLP** 2:13
**loans** 152:25
**local** 53:23

**located** 14:8
41:16 48:11
48:12 57:6
68:10 87:23
162:14 165:4
**location** 18:5
36:17 37:6
67:13,24
68:23 69:23
78:25 79:15
80:24 85:16
85:16 113:25
**locations** 35:11
**Lochner** 2:11
11:14,17
31:19 39:4
41:7 46:13
47:16,20
48:15,18
54:19 71:18
75:19,22,25
80:20 84:14
84:20 108:11
110:8 112:5,9
117:25 118:5
118:7 142:15
143:2 145:7
164:7 170:6
170:23 172:5
173:8,11,13
**Lomza** 96:7
**long** 7:11 9:9
10:9 12:2
25:2 30:15
32:7 33:23
43:4 51:22
52:19 64:24
64:25 73:7,7
87:2 98:16
100:13
109:22
115:14,24
136:5,8,20
141:15
143:11,14
148:18

156:21,22,22
157:18 161:4
162:3 164:18
**longer** 25:13,14
87:7 121:15
148:16 149:4
159:6
**look** 73:24,25
77:18 78:14
138:20,21,25
139:5,13,16
139:24
146:24 147:6
150:3,5
**looked** 118:12
118:16 139:6
139:7 147:2
**looking** 75:25
77:4 81:3,6
81:10 107:7
107:14,17
138:24
151:16
161:12 170:7
**Looks** 145:9
**loose** 108:8
109:7
**lose** 107:20
**lost** 157:18,24
158:5,8
**lot** 76:17 121:8
121:9
**lower** 72:21
**lowest** 147:21
**lull** 81:18
126:12,14
**lumber** 109:10
**lunch** 166:25
**L-E-N-C-Z-...**
16:15
**L-O-M-Z-A**
96:7
**L-U-L-L**
126:14

———————
**M**
———————

**machine**
126:14,19
**maintenance**
1:8 2:14 95:2
105:8 162:22
**maker** 73:12
**making** 116:15
146:23
**man** 19:6,7
20:16 31:19
31:21 162:11
162:13
**management**
134:18
**manager** 19:5
**Manhattan**
14:7,9 31:8
31:10,17 32:4
32:11,12
135:4 142:11
**manner** 7:9
102:19
**manufacturer**
73:11 128:20
**manufacturing**
168:19
**mark** 78:9,25
139:20
**marked** 73:19
73:23 77:5
78:15 129:25
139:22,25
**marriage**
175:16
**married** 21:8
**Maspeth** 13:3
**Massachusetts**
6:15 8:19
23:9 24:5
61:13,14,20
63:6 66:3
135:14,15
137:14,18,23
138:2 152:15
158:8
**massage** 55:4,7

**material** 81:14
81:16,18
82:18 108:9
126:22,24,24
129:7,18,19
133:11 145:2
145:5,6,7,20
145:22,25
146:5,11,17
148:3,8,17
149:5,17
150:10
168:16
**materials** 24:16
81:21,22
107:4 126:15
126:23
**matter** 53:15
175:17
**mean** 10:25
39:4 89:22
103:7 111:16
113:18 131:2
143:19
156:20
159:23 166:7
**meaning** 28:23
64:25 92:10
**meant** 43:16
**mechanic**
57:20,21
58:21
**mechanics**
110:13,14
**medical** 32:24
41:2 47:4
120:9 152:17
158:23
**medicare** 10:20
**medication** 7:6
7:7 38:20
40:16 54:5,8
54:11 62:2,6
62:6,16
119:18,21,25
120:4,6

**medications**
13:7
**meet** 36:23
124:6
**meeting** 36:22
124:20
**meetings** 88:7
92:14,18
**melting** 148:11
**melts** 128:12
129:3,5 148:4
**MELVILLE**
2:10
**member** 97:14
**membrane**
59:3 83:8,11
163:16
166:24
**men** 71:9,11
**mental** 87:8
**mentioned**
35:10 127:23
139:17
141:13
169:13
**Merritt** 68:16
68:17,21
**MESSEMER**
1:24 175:5,22
**metal** 69:8,9
70:23 73:2,3
75:13 77:8
78:2,3 129:6
143:18,19,20
143:22,23
144:24
164:23 165:4
165:6,10
**Middle** 9:13,14
9:15,17,24
37:16
**military** 151:13
**minute** 122:16
**minutes** 81:24
161:6,20,23
**missed** 30:17

168:22
**misspelled**
118:17,19
**mistake** 36:20
**moment** 59:13
70:13 81:13
132:19
**money** 87:13
138:13
152:21
157:19,22,24
168:3
**month** 24:3
58:19 60:7,10
60:17 64:12
64:13,15,18
135:22
136:23
157:12
164:20,21
166:8,14
**months** 7:13,19
25:5,5 52:21
55:20,23 56:2
157:21 158:2
**moonlighted**
138:12
**morning** 6:18
7:7 67:10
101:14
143:12
148:24
163:20
**Moskowitz**
2:13 94:24
**motion** 3:16
5:18
**Motrin** 38:21
54:8,9,10,14
55:22 62:7,9
62:10 63:15
63:16,22 64:4
64:9,17,20
**move** 3:10,13
5:14,16 20:20
58:12 138:3,8

161:18
**moved** 20:19
20:20 23:9
24:5 58:15
61:13 135:14
137:14,17,22
137:25 138:5
**movers** 138:3
**moving** 55:8
**MRI** 46:12,16
49:8,10,20,25
50:5 61:10
**MRI's** 61:9
**Multi-page**
139:22 174:7
**muscles** 54:25
**music** 108:5
131:16

**N**
**N** 2:2 6:2 173:2
**nail** 109:10
**nails** 109:7
**name** 6:11,16
8:3,5,12,14
9:2,7 11:19
16:12 19:8
21:25,25 22:9
22:12,13
23:20 25:23
26:4,11 27:19
27:25 31:3,7
31:16 36:19
36:20 41:8
43:7 44:13,16
45:8,14 48:13
51:21 71:18
71:21,24 72:6
90:2 91:14
99:5 118:2,5
123:2,6 124:2
128:19
134:18 143:3
169:14
173:21
**named** 23:17

127:10
**names** 22:8,11
22:17,19,21
71:15 139:7
139:11
**narcotics**
119:16
**Nassau** 41:17
**nature** 17:7
54:22
**near** 150:3
**Neck** 68:13
**need** 46:12
52:9 82:18
84:3 87:6
95:10 103:9
112:12
121:10
133:14
159:16
**needed** 81:21
145:3,5
**never** 80:2
113:9 120:6
**new** 1:2,19,25
2:4,10,15,15
2:20 6:5
23:20 43:6
58:7,8 68:11
69:14 70:7
88:25 91:7,12
91:13 137:18
138:2 163:21
175:6
**newspaper**
42:2,3
**nickname** 72:4
**night** 39:5,6
**nine** 28:24
90:12 144:13
**normal** 79:9
**Norman** 36:18
36:21,23 37:3
37:7 67:20
**North** 43:4
**Notary** 1:24

3:23,24 6:4
172:18 175:5
**noted** 172:7
**notes** 122:16
151:16
**notice** 39:21
131:20
**noticed** 154:15
**noticing** 95:12
**notify** 111:23
**number** 6:19
10:15 11:15
18:4 19:13
34:11
**NY** 2:24
**N-A-S-S-A-U**
41:17

**O**
**O** 31:18
**object** 3:9,13
5:13,16
**objection**
110:21,25
111:10 164:7
165:16
**obtain** 98:22,25
**obtained** 98:11
98:14
**obvious** 133:14
**obviously**
64:20
**occasionally**
65:17 87:20
**occasions**
125:7
**occur** 9:20
130:25
**occurred** 12:23
28:4 30:22
32:8 33:4
53:6 63:19
69:25 75:17
83:2 87:16,17
132:8,18,24
148:19

**occurring** 70:4
**October** 50:18
50:18 135:19
**offer** 92:5
**office** 6:17 41:5
41:16,25
44:21 46:6,8
**OFFICES** 2:3
2:7,13,18,22
**Off-the-record**
19:19 41:10
73:21 78:13
94:20 168:13
**Oh** 9:8 20:20
42:10 43:18
90:19 93:11
171:9
**okay** 9:7 16:10
25:6 45:15
76:7 78:24
94:19 114:21
123:24
126:23
133:13
139:19 140:3
140:22
166:20 170:3
**old** 8:7,9 86:17
**Olejnik** 123:3
**once** 54:18 91:7
100:9 118:16
119:23
162:22
**ones** 74:5
**One's** 71:24
**onsite** 163:13
**on-site** 28:13
88:3 106:22
**on-the-job**
24:20 97:23
**open** 84:2
156:17
**operation** 24:7
136:2
**order** 1:23
138:19 139:2

ordered 145:14
 145:19
 168:18,20
orders 10:23
orientation
 76:3
original 4:5,19
Orlin 48:15
Orthopedist
 45:25 46:2
Ortho-physic...
 45:24
OSHA 14:24
 14:25 15:2
 88:16 89:2
Ostopowicz
 23:12
outcome
 175:17
Outlet 91:14
outside 80:17
 111:19
outstanding
 152:22
out-of-pocket
 120:24
overlap 82:16
 83:24 84:4,12
 84:15,24
 86:11 107:12
 107:15
 109:22 110:9
 110:12
 115:11,15
 129:11
 147:10,11,15
 149:21 155:4
 162:14
overlapped
 129:13,17
overlapping
 82:20 85:23
 110:2,5
overlaps 84:18
 133:23 134:6
 147:16

overnight
 141:20
 163:19
 169:22
overtime 60:12
 159:14 160:6
 160:7,10
OVINGTON
 2:23
owe 152:21
owned 7:17,19
 8:24 16:5
 18:20
owner 7:25 8:2
 8:25 16:5,25
 17:15 22:3
 123:16
ownership
 104:25
owns 7:21
O-L-E-J-N-I...
 123:3
O-R-L-I-N
 48:18
O-S-T-O-P-...
 23:13

P
P 2:2,2
pace 132:11
pad 167:21
pads 167:15,18
page 170:10
 171:12 173:4
 174:3,10
paid 10:7 59:12
 59:14 96:17
 96:20 151:19
 152:18
 158:19 159:8
pain 32:14
 38:23 39:2,9
 39:11 40:17
 40:23 46:6
 54:8,15,16
 55:17 61:15

61:21 62:15
 62:19,23 63:7
 63:14,18
 64:10,20,21
 64:22 65:6,17
 121:11 155:7
 156:2,5 158:9
 166:16
painful 63:23
paint 69:8,10
 69:12 70:18
 143:23,24
 144:18,20
 150:12 165:6
 169:6,9
paintbrush
 150:11,14
 169:7
painted 75:14
 144:9,16
 151:6 165:9
painting 69:4,5
 69:6 72:22,25
 73:3 77:19
 78:5 81:25
 103:10 106:2
 106:7,10
 143:12
 144:13,13
 161:15
 164:23
 165:15
 170:25 171:4
 171:10
paints 108:17
panel 143:23
 165:4
paneling 70:18
 73:4 75:13
 77:25 78:2,3
 80:6 81:2,4
 81:10,25
 106:12
 143:19,20
 144:9,24
 164:23 165:7

165:10
panelling 69:8
 69:9 73:2
panels 83:12
pants 73:7
paper 123:7
papers 139:2
 157:7
Park 43:6
parked 101:19
 102:22
parking 76:17
Parkway 68:16
 68:18,20
part 5:11 29:14
 29:17 65:6
 69:7,9,12
 76:14 77:9
 86:4 94:4
 104:8 147:21
 155:10
partially
 143:21
particular
 19:21 29:2,14
 89:12 128:24
parties 3:6,21
 4:12,18,24
 5:10 175:15
partner 106:15
pass 75:20
 81:18
path 146:24
 147:6
pay 87:13
 96:23 151:17
 160:7,10
paying 56:6
payments
 158:4 159:14
 159:19,21
pension 158:23
people 47:21
 81:13 98:18
 112:11
 126:21,22

131:15
 134:18
 153:10
PEREZ 2:22
perform 102:2
 102:13,20
 103:13,18,23
performed
 50:17,19,21
 51:2,3 53:21
 85:25 141:23
performing
 65:19 68:22
 72:15,16
 100:17
 103:24 106:2
 106:15
perimeter
 111:20
period 25:2
 28:18,19,22
 35:17,20
 52:25 53:3
 61:2 92:16
 136:3 149:4
permanently
 58:12
permission 9:3
 45:11 78:8,25
person 44:17
 44:19,22
 153:7
personal
 121:13
person's 44:21
pertaining
 141:10
ph 71:24
phase 164:14
 164:14,14
phases 163:15
phone 34:11
photo 75:19
 77:12
photograph
 76:5 129:24

130:4
**Photographs**
73:19 174:5
**photos** 74:3,4
78:16
**physical** 52:9
52:10,13,19
52:22 53:25
54:22 55:10
55:25 56:19
61:3,12,20
62:5,12,18
66:19 136:16
137:6,10
166:6
**pick** 67:9
**picked** 67:22
**picture** 76:7
77:6,21 80:9
80:22 130:4,8
130:10,11
145:11
**pictures** 93:8
138:21,24
**piece** 84:18,19
123:6 127:4
**pieces** 77:7
129:13
**Pinnacle** 15:19
15:20 16:6,20
17:8,15 18:2
18:11,17,20
20:12,13
21:20,24
22:18,23,25
23:8,17,20,23
24:6 25:21,24
26:5,12,12
35:4,11 53:8
56:22 59:20
59:24 80:2
88:7,21,23
89:9,9,23,24
92:21 100:5,7
100:10
103:12

104:20
106:18 110:9
110:11
111:21 123:8
123:16
124:24
125:22,24,25
126:8 127:17
127:19 134:7
134:14,17
138:11
151:18
158:12,16
159:15,21
162:6 167:24
168:3,11,25
**place** 58:11
76:20 96:4
**placed** 127:25
**places** 139:8
**Plaintiff** 1:11
1:22 2:3
**Plaintiffs** 1:5
**plan** 159:3
**plans** 66:23
**plastic** 128:9
**play** 121:18
122:2
**please** 6:10,22
95:11 112:9
119:23
**Plus** 70:13
128:24
**point** 36:22
38:24 48:22
50:23 51:6
62:4 82:17
84:3 95:11
116:24
149:20
**pointed** 85:16
85:17
**pointing** 80:21
145:8
**Poland** 12:6,17
13:10,13,20

17:18,19,21
17:22,23
21:16 96:5,6
**Polish** 26:24,25
148:10
**Polsky** 47:14
**portion** 77:20
77:20 137:7
**position** 25:17
57:11,18
114:16
**power** 116:13
125:25
**practices**
125:18
**premises** 34:21
105:5
**prepare** 117:9
117:15
138:19 139:2
**prescription**
54:11 119:18
119:21,25
120:4 131:23
**presence** 82:3
90:4
**present** 32:13
60:13 82:25
166:6
**presently** 13:6
17:17 64:6
86:18 166:13
167:3,12,16
**pretty** 134:23
**prevent** 119:2
**previously** 42:4
78:15
**Price** 48:6,7
49:4 50:2,21
50:22 52:2,8
61:4,7 74:16
156:25
**prior** 8:16 9:11
17:11,12 70:4
79:25 81:24
95:6 100:17

100:18 101:2
106:5,9
112:19
113:15 114:7
115:11
118:11 119:4
119:14,22
120:2,7,12
121:14
134:11
146:23
148:23
149:13,17
162:4,19
165:7,15,24
172:3
**private** 8:20
**Privileged** 11:3
**probably** 12:22
21:24 106:11
153:21
**problem** 87:10
**procedure** 55:2
109:13
**proceeded**
67:24
**process** 12:10
24:21 50:9
85:24
**production**
95:24 173:17
**professional**
97:20 98:3
**professionals**
66:20
**progress**
125:13
**prohibit** 7:8
65:19
**project** 69:7,10
69:11,12,13
69:18,21
102:8 104:24
106:19,23
163:22
164:15,17,18

164:22,25
165:7,14,22
166:2,4,22
**projects** 165:9
**Promet** 52:13
**prompts** 64:19
**propane** 77:7
126:10 127:4
145:13 169:2
**proper** 85:25
111:7
**properly** 92:12
162:15
**propped** 80:14
**provide** 79:22
127:3
**provided** 3:8
4:7,13 5:10
80:2 91:9
127:16
168:17,23
169:2,10
**provider** 135:6
**providers**
120:9 135:15
**Public** 1:24
3:23,24 6:4
172:18 175:6
**purpose** 69:6
**purposes** 4:13
41:21 81:9
**pursuant** 1:23
**put** 40:24 44:4
51:17 55:4
70:7,11,12,20
79:2,3,5 96:2
97:9 101:21
102:23 103:5
133:5,18,22
134:5,22
141:24
146:14
156:17,19
163:16
**Putnam** 18:4
20:23,25

**P-O-L-S-K-Y** 47:16
**P-R-O-M-E-T** 52:14
**P-U-L-A-S-K-I** 41:8
**P.C** 2:3
**p.m** 66:16,16 172:7

**Q**

**quarter** 84:8,9 147:12
**Queens** 1:3 9:12
**question** 3:10 3:13 5:13 6:22,25 15:14 16:9 18:14 32:23 38:25 48:10 75:23 77:3,11 87:5 90:21 103:2,4 111:2,3,7 114:9 137:21 147:4 166:10
**questions** 5:16 6:20 94:18 95:4,6 96:2 103:4 122:23 122:24 133:14 142:13
**quick** 66:13 73:24 75:23 160:22
**quickly** 170:7

**R**

**R** 2:2 6:2,2
**rain** 79:10,11
**raining** 79:7
**rate** 151:17,20 160:6
**reach** 115:8 144:24

**reaches** 84:2
**read** 11:6 98:19 140:23,25
**really** 94:9
**reason** 22:15 59:23 87:5 112:12
**reasons** 43:13
**rebuild** 54:25
**recall** 31:16 34:20 35:16 36:17 37:21 38:3,17 39:24 40:3,3,6 47:5 48:4 49:3 54:12 61:11 68:4,12 69:19 69:20 71:15 74:19 75:3 91:13 98:10 98:13 99:5 105:3,22 107:19 110:7 114:17 116:5 123:23 127:8 128:18 144:14 147:8 151:3 153:9 153:18,21 154:20 155:5 157:5,8 164:20
**receive** 24:20 32:24 53:22 88:11 97:17 158:13 159:14,18
**received** 32:2 53:15 88:16 157:19,23
**receiving** 53:4 61:3 157:17 159:20
**recognize** 43:7 123:2 124:2
**recollection** 9:6

36:8 40:20 67:3
**recommend** 52:17
**recommenda...** 42:21
**recommended** 42:22 44:5 47:12 49:8 58:3
**reconstruction** 50:14
**record** 6:11 10:19 80:20 175:12
**records** 9:6 10:21 45:7,13 170:17
**recovery** 153:2
**refer** 48:5
**referred** 77:24
**referring** 62:6 80:12 85:15 113:21 118:24
**reflect** 80:21
**refresh** 9:6
**regards** 95:4 97:25 103:17 170:18,19
**regular** 88:13
**relate** 166:9
**related** 15:9 175:15
**Relaxation** 94:13
**remain** 115:24
**remember** 15:6 15:13 16:23 18:4 19:14,16 20:22 26:7 30:19 31:3 33:25 34:10 36:6,7,19 37:25 38:2,22 40:9,19 44:16

46:23 48:14 49:17 56:16 60:8 68:17,20 89:4 93:22 99:7 100:23 118:2 121:2 128:18,19,22 128:24 139:12 153:10 157:12,15
**remind** 95:8
**removal** 24:15
**remove** 169:13
**rent** 9:9 10:7 87:13 138:7
**rental** 10:3 13:4
**rented** 8:25
**repair** 50:10
**repeat** 7:2,3 95:6 122:24 137:20
**rephrase** 6:23 110:22 111:3 111:7
**replace** 69:13 69:15 105:9
**report** 112:5 116:21 117:2 117:4,6,10,17 117:21,23 118:10,14,19 118:21 139:13 140:4 140:23 141:2 170:9
**reporter** 7:3
**reporting** 109:13 112:3
**reports** 117:14 141:10
**represent** 94:25 123:24 142:16
**representing**

5:5
**request** 82:3 92:2 173:16
**requests** 119:5 119:7,10
**required** 89:3 98:17 120:5
**reserved** 3:12 3:16 5:15,19
**reside** 8:17 10:9 19:11 20:14
**resided** 7:11 9:11 12:2 21:5 35:10
**resident** 12:9 95:16
**residential** 59:7
**residing** 8:16
**respect** 97:18 99:11,14,17 99:21,25 100:8,11 102:12 109:18
**respective** 3:5 3:20 4:11,17 4:23 5:9
**responsibilities** 24:14 26:15 58:22
**responsible** 112:2
**rest** 150:24
**resting** 116:15
**Restoration** 1:14,15 2:8,9 127:11 142:21 143:5 143:7
**result** 29:15,24 30:11,18 31:22 32:2,20 32:22 50:4 65:5 84:24

94:3 115:21
117:10
120:10,25
149:20 158:9
**return** 4:4
**returned**
117:18
**returning**
158:7
**returns** 97:13
173:18
**review** 9:5
118:10
122:16
**ride** 55:9
**Ridgewood**
9:12 18:3
52:14
**right** 3:9 5:12
20:8 29:18,19
30:10 32:15
32:23 33:9
38:13,24 39:3
39:9 42:4
49:22 51:8
61:15,22
62:20,23 63:7
64:11 65:7
66:21,24 74:5
76:3 77:22
80:22 86:6,7
86:8,10,12,13
87:25 94:5,6
107:11,15
108:16
114:22,23
115:4 120:15
126:25
129:14
130:12,14,15
132:21
135:16,19,20
135:23 136:2
137:19
141:17,24
145:6,8,9

146:12,19
153:4,6 156:2
156:3,5
**rights** 3:8 4:6
5:10
**rip** 148:17
163:9,15,18
169:25 170:2
**ripped** 70:6
163:5,19
**ripping** 163:14
**road** 2:10 6:14
7:12,13 8:17
36:20 57:7,9
**roads** 68:17,19
**road's** 36:19
**Robert** 118:3,7
**Rockville**
48:12
**roll** 83:14 84:2
84:3 85:11
100:22
107:12,16
109:23 110:3
110:6 114:19
115:12,15,18
127:25 128:5
128:7,9,20
129:3,13,17
133:19
150:19,21,22
150:25
**rolled** 82:22
83:16 85:9,21
86:9 114:4,13
154:14
155:14,22
**roller** 144:19
144:21
**rolling** 114:7
114:11,24
119:3 155:9
155:24
**rolls** 24:16
83:13 133:22
134:5,22

**Roman** 123:2,5
123:8,13
**roof** 24:15
29:12 33:15
33:16 34:23
34:25 36:3
39:10 59:2
69:14,14,15
70:6,15,25
72:21 76:15
77:16 80:11
81:7,11,13,15
81:19 82:22
85:6,17,19
97:18 99:25
100:20
101:20,21
102:7 103:8
104:9,21
105:8,23
109:8 112:19
112:23 113:3
113:11,12,14
113:18,20
114:23 116:2
116:3,7,9,14
118:25 119:3
119:5 128:2
128:12,21
129:3,5,22,23
134:7 143:11
143:14 144:2
143:3,5,6,23
147:7,16
148:7,19
150:23,24
151:7,8
153:14,17,20
154:14,17
155:10,12,19
155:22,24
160:15,25
162:15,21
163:2,5,9,21
164:9,10
165:2,3,19

166:4,22
169:13
170:25 171:3
**roofer** 17:13
134:14 152:7
**roofing** 17:10
17:11 24:24
25:3 27:5
56:25 57:4,19
57:20,21
58:21 59:3,5
68:22 76:10
77:15 82:24
83:4 85:24
88:25 89:5
103:3 168:16
**roofs** 24:21
133:5,18
134:21,22
**room** 33:4
43:21 141:21
**rope** 91:22,24
92:3
**ropes** 90:23
**Rosen** 47:17
**route** 68:12
**rubber** 145:21
145:23,24,24
171:2
**rules** 4:7 5:11
95:9
**ruling** 10:25
**RULINGS**
174:9
**running** 132:13
**R-O-S-E-N**
47:17

**———— S ————**

**S** 2:2 6:2,2,2
**safe** 88:14
**safety** 79:17,19
79:23 80:2
88:12,20
90:23 91:9,17
91:22,22,24

91:24 92:2,3
92:13,18
99:11,14
100:4 111:19
111:19
118:22,23,24
118:25 119:8
125:18 134:7
**safety-type**
88:7
**salary** 53:7,9
158:15
**same-day** 51:4
**sand** 128:13
146:8
**sat** 33:22 34:2
**saw** 31:17 45:9
46:14 92:23
93:3 110:19
110:23
115:11
130:25 157:3
157:6 162:22
173:21
**saws** 126:3
**saw-jaws** 126:3
**saying** 148:6
**says** 58:25
**scaffold** 109:4
**scene** 165:7
170:15
**scheduled** 40:7
**school** 13:14,16
13:19,23,25
14:5,6
**schooled** 13:10
**schooling**
97:25
**screw** 126:2
**screwing** 59:2
**Seaboard** 1:14
2:8,9 127:10
142:21 143:4
143:6
**sealing** 4:18
**search** 45:13

season 157:13
second 19:18
  19:21 32:11
  137:13
  138:12
security 10:14
  11:7,15
  156:13
see 44:11,19,22
  45:3 48:2
  52:2 63:11
  66:23 74:25
  75:19 76:7
  77:6 80:9
  83:25 104:5
  104:25 111:8
  111:15
  124:12,16
  130:3,4
  131:21
  135:14 142:5
  156:24
  162:19
seen 61:7 66:20
self-employed
  97:12
Semla-Pulaski
  41:5 142:10
send 46:16
separate
  129:12
September
  1:20 9:21
  28:4 29:5
  32:24 60:9,9
  92:25 93:2
  95:5 120:11
  175:19
serious 45:20
  46:7
served 151:12
SERVICE 2:10
services 68:23
set 101:19
  103:8 161:12
  161:13

163:20
  175:10,19
settle 56:10
settled 158:3
seven 25:11
  52:21 55:20
  55:23 56:2
  61:8 157:2
seven-month
  52:25
severe 54:15
shanty 106:18
sheet 70:13,13
  70:19,20
  82:15 83:6,7
  83:12 85:2
  100:22 133:9
  147:25
sheetrock
  70:11 100:21
  129:8,9
  146:16
sheets 83:25
  133:9
shoe 149:10
shoes 108:2
Shore 43:5
  50:20
Shouldicen
  47:14,19
show 28:16
  73:22 75:4,10
shown 77:5
  130:3,8
  143:21
shows 77:14
  78:11
sick 159:9
side 80:22
  82:21 85:6,7
  114:25 115:2
  144:2 149:5
  161:9,10
  163:15
sides 156:9,10
sidewalk 30:6

30:9
sideways 149:5
  149:9
sign 117:16,17
  140:6 141:9
  159:4
signature
  140:8,11,15
  170:9,11
signed 117:18
  122:12
  140:22,25
signing 118:11
silver 145:6,7
silver-type
  145:10
similar 83:8
  133:5 164:11
  166:4 167:11
sir 66:18 78:14
  122:22 130:2
  136:9 142:16
  143:11
  168:17
sit 64:8 65:10
  120:22
site 26:17,19
  27:12,23 28:3
  28:6,16 36:9
  38:10 67:7
  70:6 79:20
  89:3,12,19
  90:4,11 91:3
  91:4 93:4,5
  93:10,14,21
  99:11,14,18
  99:22 100:14
  101:3,11,14
  101:18,23
  104:17
  105:13 106:6
  106:7 109:15
  109:18,19,20
  110:16,24
  111:9,16
  112:16,21

115:17
  123:11,13,19
  123:21 124:4
  124:11,13,16
  124:23,24
  125:3,8,14,17
  125:18,21
  126:6,9,18
  127:14,15
  134:11
  144:17
  145:16 146:3
  162:18
  170:18
sites 134:4,6
sitting 35:18
six 8:8 25:11
  52:21,25
  55:19,23 56:2
  61:8 143:16
  157:2 158:2
sixteen 171:10
  172:3
ski 121:16,16
  121:23
skill 126:3
skin 41:22,23
  42:6
skipping
  151:15
sleep 141:25
Sleszynski 1:4
  1:4,23 6:1,12
  6:16 7:1 8:1
  9:1 10:1 11:1
  12:1 13:1
  14:1 15:1
  16:1 17:1
  18:1 19:1
  20:1 21:1
  22:1 23:1
  24:1 25:1
  26:1 27:1
  28:1 29:1
  30:1 31:1
  32:1 33:1

34:1 35:1
36:1 37:1
38:1 39:1
40:1 41:1
42:1 43:1
44:1 45:1
46:1 47:1
48:1 49:1
50:1 51:1
52:1 53:1
54:1 55:1
56:1 57:1
58:1 59:1
60:1 61:1
62:1 63:1
64:1 65:1
66:1 67:1
68:1 69:1
70:1 71:1
72:1 73:1
74:1 75:1
76:1 77:1
78:1 79:1
80:1 81:1
82:1 83:1
84:1 85:1
86:1 87:1
88:1 89:1
90:1 91:1
92:1 93:1
94:1 95:1,15
96:1,17 97:1
98:1 99:1
100:1 101:1
102:1 103:1
104:1 105:1
106:1 107:1
108:1 109:1
110:1 111:1
112:1 113:1
114:1 115:1
116:1 117:1
118:1 119:1
120:1 121:1
122:1 123:1
124:1 125:1

126:1 127:1
128:1 129:1
130:1 131:1
132:1 133:1
134:1 135:1
136:1 137:1
138:1 139:1
139:24 140:1
141:1 142:1
143:1 144:1
145:1 146:1
147:1 148:1
149:1 150:1
151:1 152:1
153:1 154:1
155:1 156:1
157:1 158:1
159:1 160:1
161:1 162:1
163:1 164:1
165:1 166:1
167:1 168:1
169:1 170:1
171:1 172:1
172:10 173:5
175:8
**slice** 156:22
**slices** 156:20
**slight** 166:16
**slip** 32:20
148:15
149:13,23,25
**slipped** 82:14
82:14,20 85:5
86:11 114:22
148:2 149:16
149:20
154:13 155:4
**slippery** 30:8
85:4 128:14
146:4,9 148:8
148:13
**slipping** 148:22
**slips** 172:2
**slope** 104:5,9
104:13

147:14 161:9
161:9,10
**sloped** 144:23
147:22 165:3
**slope-type**
147:20
**small** 146:9
**sneakers** 73:10
**soccer** 121:18
122:2
**social** 10:14
11:7,12,15
156:13
**sole** 7:25 8:2
**somebody**
140:13,16
**somewhat**
69:22
**son** 8:10 58:15
66:8,9
**son's** 8:14
**sorry** 9:14
42:10 76:24
77:24 116:3
126:13
137:20 148:9
166:11
**sort** 41:24 47:4
51:18 88:16
90:23 124:19
138:7 148:3
167:13,15
**sought** 40:25
47:4
**sound** 87:4
133:14
**sounds** 135:20
**source** 168:2
**South** 2:10
50:20
**space** 18:21,23
45:12 82:20
**Spanish** 26:25
71:23,23 72:8
**speak** 23:14
87:20 101:22

105:15 107:2
153:24
**specialist** 44:6
44:14 45:3,22
**specific** 40:20
126:3 147:4
**specifically**
75:16 126:2
**specify** 16:23
27:15
**specs** 102:8
**Speculative**
111:2
**spell** 47:15 72:2
128:25
**spend** 87:12
170:25
**spoke** 38:4,7
98:19 105:19
107:3 120:12
154:3 165:24
**sports** 121:13
**staircase** 109:2
**stance** 111:19
**stand** 42:16
148:16 149:3
155:16,16
166:18,21
**standing** 77:12
77:14,16
78:10,17,22
79:2,14 80:25
83:9 105:23
144:23
165:10 171:2
**Stanislaw**
71:17
**start** 90:6
101:21
**started** 25:7
55:9 82:10,12
87:12 103:2,6
103:10 107:3
107:8 114:11
114:24
136:16

152:13,14
**starting** 17:11
**state** 1:2,25 6:4
6:10 175:6
**stated** 95:15
**States** 13:22,24
21:15 95:16
**status** 12:7
**stay** 88:14
141:20
**stayed** 40:11
58:11 141:22
154:18
**steady** 39:13,14
**steep** 104:4
**step** 114:21
132:12
146:19,23
147:5 148:14
148:15
**stepped** 33:14
82:20 85:5
86:11
**stepping** 84:24
149:21
**steps** 166:19
**Steven** 20:5,7
20:14,16,24
20:25 21:3,4
**Stewart** 2:18
6:18
**stick** 146:7
148:4,16
149:4,6 159:5
**sticking** 147:25
148:22
**sticks** 70:9,10
128:12 169:9
**sticky** 85:3
146:3,6,11
148:3,9,13
**STIPULATED**
3:4,19 4:10
4:16,22 5:8
**STIPULATI...**
3:2 4:2 5:2

**Stockton** 8:18
**stones** 83:10
**stop** 62:5 93:20
158:4
**stopped** 56:6
62:10 122:14
**straight** 46:10
55:8 160:2
**strap-on**
167:21
**street** 2:4,15
8:18,19 9:17
12:24 14:9
20:6,7,15,16
20:23,24 21:3
31:9 37:16
67:20 86:23
**strengthen**
54:24
**strike** 3:11,14
5:14,17
**struck** 107:15
**stuck** 83:11
107:11 148:2
148:7 149:22
149:24
**study** 14:17
**stupid** 87:4
92:10
**subcontractor**
169:16,23
**subject** 9:19
32:13
**Subscribed**
172:13
**subsequent**
120:14
**Suchcicki**
71:21
**sued** 143:6
**SUITE** 2:10,19
**sun** 85:2
**sunny** 84:25
148:3
**sunshine** 79:12
**supervise** 27:2

92:9
**supervising**
34:6
**supervision**
169:20
**supervisor**
27:16 28:5,13
28:16,25
**supplied**
125:23,25
126:2 127:18
136:14
145:13
160:15
**supplier**
145:15,18
**supply** 89:23
90:22 126:4,7
127:18
**supposed** 92:11
103:18
117:19
**SUPREME** 1:2
**sure** 21:12,23
26:16,18
27:16 45:10
47:10 63:4
75:24 92:9
94:16 112:13
116:15 121:6
122:19
127:22
133:15
134:16 142:8
**surface** 76:10
77:15 82:24
83:4,20 84:5
128:12,13
150:23
**surgery** 50:13
50:15,17,20
51:2,3,4,7,17
52:3 53:21
54:4,20
135:19 136:7
136:11,17,19

136:21
141:24
156:16,25
**sustained**
120:14
**Sutphin** 1:18
**SUZANNE**
1:24 175:5,22
**swelling** 39:21
**switching**
27:23
**swollen** 122:14
**sworn** 3:22 6:3
172:13
175:10
**system** 70:12
167:10
**S-E-M-L-A**
41:7
**S-H-O-U-L-...**
47:17,20
**S-T-A-N-I-S-...**
71:17
**S-T-O-C-K-...**
8:18
**S-U-C-H-C-I-...**
71:22

---

**T**

**T** 6:2
**tag** 76:2
**take** 7:7 10:19
38:20 40:16
46:12 54:13
63:14 64:4,5
64:19 66:13
73:23 74:9,17
74:20 78:14
82:18 93:8
95:10 98:21
98:24 99:4,13
99:16 119:20
119:24 120:4
120:5 122:16
139:24
146:24,25

147:5
**taken** 7:6
152:25
**take-home**
151:25
**TALISMAN**
2:3
**talk** 124:23
125:9,13,17
**talked** 125:7
147:9 150:19
**talking** 60:15
75:14 129:12
132:18,24
133:2 139:9
141:11
150:16 161:4
161:7,14,19
161:24 171:7
**tank** 77:7 169:3
**tanks** 126:10
127:5 145:13
**tar** 145:25
**task** 103:23
**tax** 97:13
173:18
**taxes** 22:16
96:17,20,23
152:2,3
**technical** 14:21
**tell** 6:22 30:10
34:9 35:3,6
35:24 38:7
50:3,9 75:5
75:11 80:19
102:19
103:12
112:13,15
128:7 147:9
153:8,12,19
154:12,21,24
155:11
157:20
**ten** 28:24
130:19,20
**terms** 157:23

170:24
**test** 46:12
98:24 99:3,6
99:8
**testified** 6:5
**testifying** 5:5
7:8
**testimony** 3:11
3:14 5:14,17
146:18
175:12
**Thank** 11:17
75:22 142:13
170:4 172:6
**therapist** 135:6
**therapy** 52:9
52:10,13,19
52:23 53:25
54:23 55:11
56:2,20 61:3
61:13,21 62:5
62:13,19
66:19 136:16
137:6,10
**thicker** 84:5,6
**thing** 10:17
102:7
**things** 120:20
131:21
139:17
149:19 166:7
166:13
**think** 41:8
47:21 78:11
**Third-Party**
1:11,16 2:7
**thirty** 116:20
**this(these)** 3:11
3:21,24 4:5
4:12,19
**thought** 49:8
**three** 7:13,19
8:10 25:5
28:17 30:16
30:17 52:7,24
63:10 69:22

69:24 70:3
71:23 85:18
100:15 101:2
113:15
123:11,14,22
124:5,10
125:3,20
127:14
156:18,19,23
161:6,20,23
162:20
163:23
164:14 171:6
**threw** 87:13
**Throgs** 68:13
**time** 20:2 21:2
23:22 24:10
24:23 25:2,16
27:24 28:18
28:19,22 29:7
32:10,12
34:20 35:15
35:16 37:17
37:21 38:24
39:3 40:25
43:19 47:3,25
48:3,22,23
50:23 51:6,10
51:11,15,16
53:3,16 58:4
58:5 61:2,18
62:4 63:3,25
64:5,9,16
65:9,14 66:18
67:4 71:4
73:6 79:13
86:15 87:15
87:17 88:22
89:10 92:16
92:23 94:16
96:9 105:24
106:16 108:6
108:9,19,23
109:2,5,8
112:20,21,25
113:2 124:21

127:24
129:20 130:6
130:15,21
131:5,9,12,14
132:4,6,10,13
132:16,17,23
136:3,25
137:7 138:10
138:15,19
141:14 142:3
149:4 150:10
151:12,18
152:9,11
154:3 155:6
157:3,6,23
158:9,13,14
158:22 159:9
159:11,12
160:8,12
163:24
166:17
167:25
170:24 172:7
**timeframe** 33:2
**times** 21:15
52:5 61:6,8
82:22 86:9
122:8,10
154:14
155:14,24
156:24 157:2
164:2,4
**tired** 38:5
**today** 10:25
64:8 65:11,22
65:25 94:8
95:4 120:22
138:20 139:3
141:11
**today's** 66:19
**told** 38:12
46:11,17
100:3 102:18
103:7,9
111:24 124:6
133:15

135:18
153:14 154:7
154:13,17
155:2 163:18
169:25
**tool** 106:24
131:8
**tools** 99:17,21
125:25 126:7
127:17,19
**top** 69:8 70:10
70:12,19 76:2
76:5 77:16,19
77:20 82:19
83:9 84:15,18
100:21
128:13
130:12
140:11
144:24
147:16 151:2
151:7,8
**topics** 125:9
**torch** 70:12
98:8 100:22
100:24
128:11
146:14
162:11,13
**torched** 70:21
**torches** 126:4,5
**tore** 50:8
**torn** 46:11 49:9
**total** 61:6 171:7
171:9
**touched** 46:9
**touching** 49:7
**town** 43:7
48:13,13
68:19
**town's** 91:13
**trailer** 138:8
**trained** 101:7
**training** 13:18
14:21 24:20
97:17,19,20

97:23 99:10
99:20,24
100:7,10
**transcript** 9:4
9:5 45:12
**trash** 70:7
**treadmill** 55:13
**treat** 120:8
**treatment**
31:25
**treatments**
152:17
**trial** 1:22 3:17
5:19
**tried** 121:23
122:2,5
155:16
**trip** 30:7
109:10
150:13
**tripped** 30:4
109:23 114:3
114:10
**trips** 94:7,9,10
**truck** 138:7
**true** 175:11
**try** 95:5 122:23
**trying** 55:8
**Tuesday** 40:2,3
**Turbo** 163:10
163:11,12,19
169:15
**turn** 82:4
**turned** 46:10
82:6 107:2
**turns** 166:15
**twelve** 12:4
**twenty** 114:4,7
114:14
**twenty-five** 8:8
**twice** 22:20,21
**Twist** 149:9
**twisted** 46:10
**two** 7:23 8:9
14:13 20:18
21:6 25:5

47:6 52:7
53:20 55:6
62:8,9,11,12
63:10 70:24
71:23 72:8
84:6 93:18
103:4 113:14
114:12
122:13 125:9
129:12,16
136:10
149:19 153:9
156:20,20
157:21 161:6
161:19,23
164:14
**Tylenol** 38:21
**type** 45:22
73:14 80:3
100:16
129:18,19
**typically**
124:23 125:4
125:6 129:6
**T-shirt** 73:7

**U**

**U** 6:2
**Um** 21:14
**unable** 152:5,8
**undergoing**
62:5
**underneath**
82:14 121:8
128:11
**understand**
6:21 127:13
127:23
133:15
**understood**
6:23 7:4
**Uniform** 5:11
**union** 59:18,21
97:15
**UNIONDALE**
2:24

**United** 13:22
13:23 21:15
95:16
**units** 105:9
121:9
**unrelated**
162:25
**unsafe** 109:14
109:19
110:19,24
111:8 112:16
**unstuck** 149:7
149:11
**use** 79:20 81:18
100:3 101:4,8
126:8,15,18
126:23
128:11
131:15 134:7
136:2,6,11,20
136:24 137:7
154:11
**usually** 124:19
142:10
**utilize** 91:16
**utilized** 4:13
**utilizing** 51:13
51:24

**V**

**vacation** 94:10
159:11,12
**Valhalla** 68:11
**van** 33:14,15
33:17,18,19
33:21 34:2,24
35:18 36:11
36:14 67:15
67:16,17
138:9 154:18
**Varvaro** 2:22
2:25 122:19
122:21
139:20
142:12 173:7
**Velcro** 167:21

| | | | | |
|---|---|---|---|---|
| **viable** 24:6 | 127:22 | 124:21 | 142:10 | 175:9,13 |
| **viewing** 74:5 | 157:21 159:5 | 151:19,23 | 152:11 | **woke** 39:19 |
| **Village** 9:13,14 | 167:22 | 157:17,22 | 154:18 | 67:12 |
| 9:16,17,25 | **wanted** 74:23 | 159:12,15,17 | **weren't** 62:19 | **woman** 31:20 |
| 37:16 | 74:23 81:17 | 160:3 | 73:9 108:18 | **Woodbury** |
| **visit** 32:4,6,8 | **warms** 85:3 | **weekday** 40:4 | 108:22,25 | 91:14 |
| 32:11 44:5 | **wasn't** 40:2 | **weekend** 40:5 | **whatsoever** | **Worcester** 8:19 |
| 46:3 49:3,24 | **was(were)** 3:25 | 125:12 | 32:17 88:9 | **words** 147:15 |
| 52:6 74:15 | 175:10 | **weekly** 159:20 | 90:25 | 154:11 |
| | **watch** 81:12 | **weeks** 47:6 | **WHEREOF** | 163:14 |
| **W** | **Waterproofing** | 53:20 55:6 | 175:18 | **wore** 131:25 |
| **wages** 157:18 | 142:21,24 | 62:8,9,11,12 | **White** 78:6 | **work** 17:5,12 |
| 157:24 158:5 | 143:5 | 63:10 69:22 | **Whitestone** | 26:17 30:17 |
| **waist** 51:23 | **way** 51:23 | 69:24 70:4,24 | 68:14,15 | 40:7 43:25 |
| **wait** 76:23 | 79:16 84:17 | 100:15 101:2 | **wife** 7:23 12:15 | 50:24 56:20 |
| **waited** 33:22 | 84:21 85:13 | 113:15 | 37:17 38:4,6 | 60:12,18,19 |
| **waived** 4:20 | 85:24,25 | 123:11,14,22 | 42:10,11 43:9 | 61:18 63:25 |
| **waiver** 3:15 4:6 | 92:11 115:9 | 124:5,10 | 48:20 58:14 | 64:2,3,4,24 |
| 5:18 | 126:20,20 | 125:3,20 | 137:12 | 65:3 70:23,24 |
| **walk** 30:12,14 | 133:13 | 127:14 | 153:10 168:6 | 72:16 73:9 |
| 42:15 43:24 | 134:23 147:3 | 136:10 | **wife's** 8:3 | 88:22,24,25 |
| 46:8 55:3 | 151:5 165:3 | 162:20 | **William** 6:16 | 89:8,10,23 |
| 107:3 116:16 | 175:16 | 163:23 | **Wilson** 2:13 | 93:18 94:23 |
| 116:18 | **wear** 167:12,15 | **weigh** 96:15 | 94:24 | 100:16 101:5 |
| 128:14 147:6 | 167:18 | **weight** 96:8,10 | **wing** 164:12 | 101:11,21,25 |
| 154:15 | **wearing** 51:7 | 96:12 | **wintertime** | 102:6,9,12,15 |
| 155:15 | 73:6 108:3 | **weightlifting** | 30:8 | 102:18,20 |
| **walker** 136:14 | 131:20 132:3 | 55:13 | **witness** 6:3 | 103:3,6,13,17 |
| 136:24 137:2 | **weather** 79:8,9 | **went** 13:25 | 11:16 16:10 | 105:5 106:3,5 |
| **walking** 32:19 | 148:12 160:5 | 30:13 31:5 | 31:21 46:15 | 106:15,15 |
| 82:10,12 | 166:15 | 32:10 33:14 | 48:17 54:21 | 121:7,8,10,12 |
| 107:8,24 | **Weatherpro...** | 33:15,17 38:9 | 71:20 72:11 | 123:8,13 |
| 108:14 132:7 | 1:14 2:8,9 | 38:18 41:5 | 78:22 80:21 | 125:11,23 |
| 132:11 | 127:11 | 43:21 46:22 | 84:22 94:19 | 126:25 |
| 162:23 | 142:25 143:6 | 46:25 47:2,11 | 105:22 | 134:14 149:3 |
| **wall** 70:19,22 | **week** 23:15 | 47:11,25 52:6 | 110:10 | 152:5,6,9,11 |
| 73:2,4 75:15 | 25:7,9 28:15 | 55:10 67:20 | 111:12,14 | 153:15 154:8 |
| 77:8,22,25 | 28:17 32:9 | 74:17 81:16 | 112:7,10 | 157:8 158:7,9 |
| 80:17,18 | 39:24 47:6,7 | 82:21 86:9 | 118:3,6,9 | 158:19,20 |
| 103:11 | 48:25 49:2 | 93:5 94:11 | 120:19 | 163:2,25 |
| 143:19,20,23 | 52:24 53:11 | 103:10 113:9 | 143:10 | 164:3,5 |
| 143:23,25 | 53:15 54:18 | 114:21 | 160:18 164:9 | 165:21 |
| 161:11,15 | 59:9,10 60:16 | 122:12 137:6 | 165:17 173:4 | 166:16,25 |
| **walls** 69:8,9 | 60:18,19 | 137:10 139:8 | 175:18 | 167:11,13,23 |
| 72:20 | 64:25 65:3,6 | 141:14,16,19 | **witness(es)** | 168:6,10 |
| **want** 36:19 | 90:15 122:13 | 141:21 | 3:22 5:5 | 170:17,18,19 |

**worked** 18:11
  23:8,22 53:16
  55:11 59:20
  89:9,11,24
  90:16,19
  92:17 124:7
  133:18
  134:17,21
  159:21 160:6
  163:25
  164:25 166:3
  169:21
**workers** 34:6
  67:9,22
  111:18,21,24
**Worker's**
  47:21,23 53:4
  53:19 56:8,10
  60:3 74:18
  135:10
  152:18
  157:17,24
  158:4
**working** 16:17
  23:16 25:6,10
  33:11 59:9
  61:14 62:22
  65:5,18 67:4
  71:7 75:16
  79:25 97:18
  99:25 100:4
  100:13 101:3
  101:21 103:7
  104:21
  108:18,22,25
  109:4 111:19
  133:6,10
  134:24
  138:11
  148:18
  158:12
  162:21
  165:14 166:5
  166:18
  167:24
**workouts** 55:7

**worksite** 71:5
  112:11
**work-related**
  29:25
**worse** 39:12,16
  39:20
**wouldn't** 28:12
**write** 98:19
**writing** 96:3
  97:10
**written** 117:9
  117:14
**wrong** 41:23
  50:3 142:9

——————
**X**
**x** 1:3,10,16
  173:2
**X-ray** 31:12
  42:18 44:3
**X-rays** 44:8,12

——————
**Y**
**Y** 6:2
**year** 9:10,22
  10:11 13:16
  13:19 14:10
  15:4 16:16,22
  24:9 56:17
  60:21,23,24
  87:3 96:20
  137:14,23
  159:13
**years** 12:4
  14:13 79:25
  96:18,21
  102:6 166:3
**York** 1:2,19,25
  2:4,10,15,15
  2:20 6:5 58:7
  58:8 68:11
  91:7,12,13
  137:18 138:2
  175:6

——————
**Z**

**Z** 6:2
**Zbigniew**
  20:17 35:7
**Zbignniew**
  19:9 60:6
  117:3,19
  123:7,21
  140:5 141:2
  153:10,12
**Z-B-I-G-N-I-...**
  35:8
**Z-B-I-G-N-N-...**
  19:9

——————
**$**
**$21** 59:13
**$333** 157:17
**$500** 53:15

——————
**0**
**01520** 6:15
**09** 88:18

——————
**1**
**1** 1:1
**1st** 58:13
**1,000** 159:23
  159:23 160:2
**1:00** 29:8
**10** 10:1
**10th** 9:21 28:4
  29:5 32:24
  92:25 95:5
  120:11
**100** 100:1
**10017** 2:15
**101** 57:7 101:1
**102** 102:1
**103** 103:1
**104** 104:1
**105** 105:1
**106** 106:1
**107** 107:1
**108** 108:1
**109** 109:1
**11** 11:1

**11:35** 1:20
**110** 110:1
**111** 111:1
**112** 112:1
**11201** 2:4
**113** 113:1
**11379** 9:18
**114** 114:1
**115** 115:1
**11530** 2:20
**11553** 2:24
**116** 116:1
**117** 117:1
**11747** 2:10
**118** 118:1
**119** 119:1
**12** 12:1
**12th** 93:2
**12:35** 66:16
**12:50** 66:16
**120** 120:1
**121** 121:1
**122** 122:1
  173:7
**123** 123:1
**124** 124:1
**12493/12** 1:7
**125** 125:1
**126** 126:1
**127** 127:1
**128** 128:1
**129** 129:1
**13** 1:20 13:1
**13th** 175:19
**130** 130:1
**131** 131:1
**132** 132:1
**133** 133:1
  157:22
**134** 134:1
**135** 135:1
**136** 136:1
**137** 137:1
**138** 138:1
**139** 139:1
  174:7

**14** 14:1
**140** 140:1
**141** 141:1
**142** 142:1
  173:8
**143** 143:1
**144** 144:1
**145** 145:1
**146** 146:1
**147** 147:1
**148** 148:1
**149** 149:1
**15** 15:1
**150** 2:15 150:1
**151** 151:1
**152** 152:1
**153** 153:1
**154** 154:1
**155** 155:1
**156** 156:1
**157** 157:1
**158** 158:1
**159** 159:1
**16** 16:1 91:14
**16-34** 20:5
**160** 160:1
  173:9
**161** 161:1
**162** 162:1
**163** 163:1
**164** 164:1
**165** 165:1
**166** 166:1
**167** 167:1
**168** 168:1
  173:10
**169** 169:1
**17** 17:1
**170** 170:1
  173:11,12,13
**171** 171:1
**172** 172:1
**175** 175:1
**18** 18:1
**18th** 14:9 50:18
  135:19

**18,000** 56:14
**180** 87:18,19
**19** 19:1
**1974** 11:7
**1985** 10:13

**2**

**2** 2:1 8:18
**2ND** 2:23
**2:46** 172:7
**20** 20:1
**2001** 12:4
**2004** 14:11
**2006** 16:18
**2008** 15:8
　88:17,18
　96:23
**2009** 21:9
　25:20 26:4
　29:23 96:25
　135:4,10
**2009-2010**
　27:21
**2010** 20:4 21:4
　26:7,8,8,10
　97:3
**2011** 9:23
　23:24,25 28:4
　29:5 32:24
　50:18 60:9
　63:5 95:5
　97:5 120:11
　135:20
**2012** 56:17,18
　57:16,17 58:6
　58:13,18 63:5
　65:13 97:7
　137:14,18,23
　152:12
　157:10,11
**2013** 1:20
　56:17 172:15
　175:19
**21** 21:1
**22** 22:1
**221** 5:11

**23** 23:1
**23rd** 21:11
　58:20
**24** 24:1 59:15
　119:14,21,25
**24th** 21:11
**25** 25:1
**250** 96:11
**26** 26:1
**260** 96:16
**265** 96:16
**27** 27:1
**28** 6:14 7:11,13
　8:16 28:1
**287** 68:18,18
　68:19,21
**29** 29:1
**29th** 57:15
　152:12

**3**

**3** 3:1
**3rd** 10:13
**3.3** 70:10
**3:00** 95:12
**30** 30:1
**31** 31:1
**3116** 4:7
**3117** 4:7
**314** 2:19
**32** 32:1
**32493/12** 1:14
**33** 33:1
**333** 2:23
**34** 34:1
**35** 35:1
**350** 2:10
**36** 36:1
**37** 37:1
**38** 38:1
**39** 39:1

**4**

**4** 4:1 68:18,19
**40** 40:1 59:9
　60:15 104:14

**400** 1:8,10 2:19
　68:7,8,23
　69:15 75:8
　100:14 101:3
　105:2
**401** 2:19
**401K** 159:3
**409** 2:4
**41** 41:1
**42** 42:1
**42ND** 2:15
**43** 43:1
**44** 44:1
**45** 45:1 104:14
　173:21
**46** 46:1
**47** 47:1
**48** 48:1
**49** 49:1

**5**

**5** 5:1
**50** 50:1 60:20
**500** 53:11
　151:19,22
　159:15,17,24
　159:24
**51** 51:1
**52** 52:1
**53** 53:1
**54** 54:1
**55** 55:1 60:20
　65:2
**55-hour** 64:25
**56** 56:1
**56th** 13:3
**57** 57:1
**58** 2:10 58:1
**59** 59:1

**6**

**6** 6:1 173:5
**6'2** 96:10
**6:30** 67:5
**60** 60:1 65:2,3
　65:5

**61** 61:1
**6140** 13:3
**62** 62:1
**63** 63:1
**64** 64:1
**65** 65:1
**66** 66:1
**6612** 11:13
**6626** 9:17
　10:10 12:24
　37:16
**666** 53:20
**67** 67:1
**68** 68:1
**69** 69:1

**7**

**7** 7:1
**7:00** 67:5,5,7
　71:5 101:14
**70** 70:1
**71** 71:1
**72** 72:1
**73** 73:1 174:5
**74** 74:1
**75** 75:1
**76** 76:1
**77** 77:1
**78** 78:1
**79** 79:1
**79th** 9:17 12:24
　37:16

**8**

**8** 8:1
**80** 80:1
**81** 81:1
**82** 82:1
**83** 83:1
**84** 84:1
**85** 85:1
**86** 86:1
**87** 87:1 91:15
**88** 88:1
**89** 89:1
**8900** 1:18

**9**

**9** 9:1
**90** 90:1
**91** 91:1
**92** 92:1
**93** 93:1
**94** 94:1 173:6
**95** 95:1 173:17
**96** 96:1
**97** 97:1 173:18
**98** 98:1
**99** 99:1

# CORRECTION / ERRATA SHEET

_____, being duly sworn, deposes and says: I have reviewed the transcript of my deposition / hearing taken on _____. The following changes are necessary to correct my testimony.

## CASE CAPTION:

| Page: | Line: | Should read / Corrected testimony: | Reason for Change |
|-------|-------|-----------------------------------|-------------------|
|       |       |                                   |                   |
|       |       |                                   |                   |
|       |       |                                   |                   |
|       |       |                                   |                   |
|       |       |                                   |                   |
|       |       |                                   |                   |
|       |       |                                   |                   |
|       |       |                                   |                   |
|       |       |                                   |                   |
|       |       |                                   |                   |
|       |       |                                   |                   |
|       |       |                                   |                   |
|       |       |                                   |                   |
|       |       |                                   |                   |
|       |       |                                   |                   |
|       |       |                                   |                   |
|       |       |                                   |                   |
|       |       |                                   |                   |
|       |       |                                   |                   |
|       |       |                                   |                   |
|       |       |                                   |                   |
|       |       |                                   |                   |

Sworn to before me this _____

day of _____

Testimony Deposition / Hearing Witness:

x_____

_____
NOTARY PUBLIC

Print:

Deposition Suites Located: Queens, Brooklyn, Bronx, Nassau, Staten Island

## Jay Deitz & Associates, Ltd.

Court Reporting Services
Administrative Offices   •   3255 Lawson Boulevard   •   Oceanside, NY 11572
212-374-7700     516-678-0700     718-527-7700     fax:516-678-4488