**Hayden Building Maintenance Corp.**
169 Western Highway
West Nyack, NY 10994

# Sub - Purchase Order

| Hayden Rep. | Date | P.O. No. |
|---|---|---|
| RH | 8/16/2011 | TL-081611-3 |

| Vendor | Ship To |
|---|---|
| PINNACLE CONSTRUCTION & RENOVATION CORP.<br>1882 PUTNUM AVENUE<br>RIDGEWOOD, NY 11385 | 400 COLUMBUS AVENUE<br>VALHALLA, NY 10595<br>USA |

| | Account # | Expected | Ship Via |
|---|---|---|---|
| | | 8/16/2011 | |

| Description | Qty | U/M | Rate | Customer | Amount |
|---|---|---|---|---|---|
| Roofing Work Per Attached Scope of Work | | | 43,680.00 | 2739 PHASE III | 43,680.00 |
| All work to be completed in strict accordance with OSHA Safety Guidelines. | | | | | |

The terms and conditions of this Purchase Order are the terms and conditions set forth in the Master Subcontract Agreement – All States executed by Hayden Building Maintenance Corp. and Subcontractor. Those terms and conditions are incorporated by reference as if fully set forth herein.

| Phone # | Fax # | E-mail | Web Site | Total | |
|---|---|---|---|---|---|
| +1 (845) 353-3400 | +1 (845) 353-3451 | pzingaro@roofline.com | www.roofline.com | | $43,680.00 |