UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ENDURANCE AMERICAN SPECIALTY INS. CO and HAYDEN BUILDING
*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

13 Civ. 5538 (AJP) ( )

- against -

CENTURY SURETY COMPANY

**NOTICE OF APPEAL
IN A CIVIL CASE**

---

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

Notice is hereby given that CENTURY SURETY COMPANY
*(party)*

hereby appeals to the United States Court of Appeals for the Second Circuit from the Judgment

Granting Plaintiff' motion for summary judgment and denying Century's motion for summary judgment;
*(describe the judgment)*

declaring Century has an obligation to defend and indemnify Hayden Building Maintenance Corp and

holding that Century and Endurance must share the defense and indemnity costs ratably

entered in this action on the 30th day of October, 2014.
     *(date)*          *(month)*        *(year)*

_____
Signature

Hurwitz & Fine, P.C., 1300 Liberty Building
*Address*

Buffalo, New York 14202
*City, State & Zip Code*

DATED: November 5, 2014          (716) 849 - 8900
                                  *Telephone Number*

NOTE: To take an appeal, this form must be received by the *Pro Se* Office of the Southern District of New York within thirty (30) days of the date on which the judgment was entered, or sixty (60) days if the United States or an officer or agency of the United States is a party.

*Rev. 05/2007*